BAKER MARQUART CRONE & HAWXHURST LLP
10990 WILSHIRE BOULEVARD, FOURTH FLOOR
LOS ANGELES, CALIFORNIA 90024
Tel: (424) 652-7800 • Fax: (424) 652-7850

**EIGHTH CAUSE OF ACTION**

(Money Had and Received By All Plaintiffs Against All Defendants)

94.     Oracle hereby re-alleges and incorporates by reference the allegations set forth in paragraphs 1 through 93, above.

95.     As alleged above, Defendants received money that was intended to be used for the benefit of Oracle.  For example, various Defendants received, directly or indirectly, money from the PBGC which was intended by that entity to be used to pay Oracle for the license of its software, and for technical support services.  The money was not used for the benefit of Oracle, and Defendants have not given the money to Oracle.

96.     The amount of damages suffered by Oracle shall be proved at trial.  Oracle is also entitled to an award of its attorneys' fees and costs.

**NINTH CAUSE OF ACTION**

(Statutory Unfair Business Practices By All Plaintiffs Against All Defendants)

97.     Oracle hereby re-alleges and incorporates by reference the allegations set forth in paragraphs 1 through 96, above.

98.     The actions of Defendants described herein constitute unlawful, unfair and fraudulent business acts and practices, in violation of California Business & Professions Code §§ 17200, *et seq.*

99.     As a direct result of Defendants' misconduct, Oracle has suffered and will continue to suffer harm as described herein, and such harm will continue unless the Court enjoins and restrains Defendants' actions.  Oracle is entitled to a preliminary and permanent injunction against Defendants.

100.    Defendants also should be required to disgorge to Oracle any and all sums received by Defendants in connection with their illegal acts.

COMPLAINT

**Prayer**

WHEREFORE, Plaintiffs respectfully request that this Court enter judgment in their favor and against Defendants, and grant the following relief:

A.      Enter an award of compensatory damages against Defendants and in favor of Plaintiffs in an amount to be proved at trial, and, pursuant to the First Cause of Action, an award of treble damages;

B.      Enter an award of exemplary punitive damages under California Civil Code § 3294;

C.      Enter an award requiring Defendants to disgorge the monetary benefit unjustly retained by them, and via the conduct of statutory unfair business practices, through the imposition of a constructive trust for the benefit of Plaintiffs;

D.      Enter an award against Defendants of Plaintiffs' costs of suit, including their reasonable attorneys' fees;

E.      Enter an award against Defendants reflecting prejudgment interest; and

F.      Award such other relief as the Court may deem appropriate and just under the circumstances.

DATED:  November 3, 2010                BAKER MARQUART CRONE & HAWXHURST LLP


                                        By _____
                                           Daryl M. Crone
                                           Attorneys for Plaintiffs
                                           Oracle America, Inc. and Oracle Credit
                                           Corporation

BAKER MARQUART CRONE & HAWXHURST LLP
10990 WILSHIRE BOULEVARD, FOURTH FLOOR
LOS ANGELES, CALIFORNIA 90024
Tel: (424) 652-7800 • Fax: (424) 652-7850

COMPLAINT

1

## DEMAND FOR JURY TRIAL

2          Plaintiffs Oracle America, Inc. and Oracle Credit Corporation hereby demand trial

3   by jury on all matters so triable.

4

5   DATED:  November 3, 2010                    BAKER MARQUART CRONE & HAWXHURST
                                                LLP
6

7                                               By

8                                                  Daryl M. Crone
                                                   Attorneys for Plaintiffs
9                                                  Oracle America, Inc. and Oracle Credit
                                                   Corporation
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

BAKER MARQUART CRONE & HAWXHURST LLP
10990 WILSHIRE BOULEVARD, FOURTH FLOOR
LOS ANGELES, CALIFORNIA 90024
Tel: (424) 652-7800 • Fax: (424) 652-7850

COMPLAINT

# EXHIBIT A

# ORACLE | Credit Corporation

**Customer:** K2 Information Services, Inc.

**Address:** 23411 Aliso Viejo Parkway
Suite K262
Aliso Viejo  CA  92656

**Phone:** 312.399.2376

**PPA No.:** 27493

**Effective Date:** 07/24/2008

# Payment Plan Agreement

**Executed by Customer (authorized signature):**

By: *[signature]*

Name: Quin Rudin

Title: President

**Executed by Oracle Credit Corporation:**

By: *[signature]*

Name: NANCY COQUIOCO

Title: SR. CONTRACTS MANAGER

---

The Payment Plan Agreement ("PPA") is entered into by Customer and Oracle Credit Corporation ("OCC") to provide for the payment of the System Price specified in a Payment Schedule on an installment basis. The System (as defined below) is being acquired from Oracle Corporation, an alliance member/agent of Oracle Corporation or any other party providing any portion of the System ("Supplier"). Each Payment Schedule shall specify the Software and other products and services, which items together with any upgrade, transfer, substitution, or replacement thereof, shall comprise the "System." Each Payment Schedule shall incorporate the terms and conditions of the PPA to form a "Contract," and the System specified therein shall be subject to the terms and conditions of such Contract. The System shall be licensed or provided to Customer by Supplier pursuant to the terms of the Order and Agreement specified in the Contract. Except as provided under the Contract, Customer's rights and remedies under the Order and Agreement, including Supplier's warranty and refund provisions, shall not be affected.

**1. PAYMENT SCHEDULE:** Customer agrees to pay OCC the Payment Amounts in accordance with the Contract, with each payment due and payable on the applicable Due Date. If full payment of each Payment Amount and other amounts payable is not received by OCC within 10 days of each Due Date, Customer agrees to pay to OCC interest on the overdue amount at the rate equal to the lesser of one and one-half percent (1.5%) per month, or the maximum amount allowed by law. Unless stated otherwise, Payment Amounts exclude any applicable sales, use, property or any other tax allocable to the System, Agreement or Contract ("Taxes"). Any amounts or any Taxes payable under the Agreement which are not added to the Payment Amounts due under the Contract are due and payable by Customer, and Customer shall remain liable for any filing obligations. Customer's obligation to remit Payment Amounts to OCC or its assignee in accordance with the Contract is absolute, unconditional, noncancellable, independent, and shall not be subject to any abatement, set-off, claim, counterclaim, adjustment, reduction, or defense for any reason, including but not limited to, any termination of any Agreement, or performance of the System.

**2. ASSIGNMENT:** Customer hereby consents to OCC's assignment of all or a portion of its rights and interests in and to the Contract to third-parties ("Assignee"). OCC shall provide Customer notice thereof. Customer and OCC agree that Assignee shall not, because of such assignment, assume any of OCC's or Supplier's obligations to Customer. Customer shall not assert against Assignee any claim, defense, counterclaim or setoff that Customer may have against OCC or Supplier. Customer waives all rights to make any claim against Assignee for any loss or damage of the System or breach of any warranty, express or implied, as to any matter whatsoever, including but not limited to the System and service performance, functionality, features, merchantability or fitness for a particular purpose, or any indirect, incidental or consequential damages or loss of business. Customer shall pay Assignee all amounts due and payable under the Contract, but shall pursue any claims under any Agreement solely against Supplier. Except when a Default occurs, neither OCC nor Assignee will interfere with Customer's quiet enjoyment or use of the System in accordance with the Agreement's terms and conditions.

**3. DEFAULT; REMEDIES:** Any of the following shall constitute a Default under the Contract: (i) Customer fails to pay when due any sums due

under any Contract; (ii) Customer breaches any representation or fails to perform any obligation in any Contract; (iii) Customer materially breaches or terminates the license relating to Software; (iv) Customer defaults under a material agreement with Assignee; or (v) Customer becomes insolvent or makes an assignment for the benefit of creditors, or a trustee or receiver is appointed for Customer or for a substantial part of its assets, or bankruptcy, reorganization or insolvency proceedings shall be instituted by or against Customer.

In the event of a Default that is not cured within thirty (30) days of its occurrence, OCC may: (i) require all outstanding Payment Amounts and other sums due and scheduled to become due (discounted at the lesser of the rate in the Contract or five percent (5%) per annum simple interest) to become immediately due and payable by Customer; (ii) pursue any rights provided under the Agreement, as well as terminate all of Customer's rights to use the System and related services, and Customer agrees to cease all use of the System; and (iii) pursue any other rights or remedies available at law or in equity. In the event OCC institutes any action for the enforcement of the collection of Payment Amounts, there shall be due from Customer, in addition to the amounts due above, all costs and expenses of such action, including reasonable attorneys' fees. No failure or delay on the part of OCC to exercise any right or remedy hereunder shall operate as a waiver thereof, or as a waiver of any subsequent breach. All remedies are cumulative and not exclusive. Customer acknowledges that upon a default under the Contract, no party shall license, lease, transfer or use any Software in mitigation of any damages resulting from Customer's Default.

**4. CUSTOMER'S REPRESENTATIONS AND COVENANTS:** Customer represents that, throughout the term of the Contract, the Contract has been duly authorized and constitutes a legal, valid, binding and enforceable agreement of Customer. Any transfer or assignment of Customer's rights or obligations in the System, or under the Agreement or the Contract shall require OCC's and Assignee's prior written consent. A transfer shall include a change in majority ownership of Customer. Customer agrees to promptly execute any ancillary documents and take further actions as OCC or Assignee may reasonably request, including, but not limited to, assignment notifications, acceptance certificates, certificates of authorization, registrations, and filings. Customer agrees to provide copies of Customer's balance sheet, income statement, and other financial reports as OCC or Assignee may reasonably request.

**5. MISCELLANEOUS:** The Contract shall constitute the entire agreement between Customer and OCC regarding the subject matter herein and shall supersede any inconsistent terms set forth in the Order, Agreement or any related agreements, Customer purchase orders and all prior oral and written understandings. If any provision of the Contract is invalid, such invalidity shall not affect the enforceability of the remaining terms of the Contract. Customer's obligations under the Contract shall commence on the Effective Date specified therein. Except for payment terms specified in the Contract, Customer remains responsible for all the obligations under each Agreement. Each Payment Schedule, and any changes to a Contract or any related document, shall take effect when executed by OCC. The Contract shall be governed by the laws of the State of California and shall be deemed executed in Redwood Shores, CA as of the Contract Effective Date.

# ORACLE | Credit Corporation

**Payment Schedule**
**No. 27493**

Page 1 of 1

| | |
|---|---|
| Customer | K2 Information Services, Inc |
| Address: | 23411 Aliso Viejo Parkway |
| | Suite K262 |
| | Aliso Viejo CA 92656 |
| Contact: | Quin Rudin |
| Phone: | 312.399.2376 |
| Order: | 27493 dated |
| Agreement: | V061608 dated 07/28/2008 |
| PPA No.: | 27493 dated 07/28/2008 |

Executed by Customer (authorized signature):
By.
Name: Quin Rudin
Title: President
Executed by Oracle Credit Corporation:
By.
Name NANCY COQUICO SR. CONTRACTS MANAGER
Title:
Payment Schedule Effective Date: 05 - AUG - 08

**System:**

| | | Payment Schedule: | |
|---|---|---|---|
| | | Payment Amount | Due Date |
| Software: | $32,500.00 | 4 @ $11,477 | 01-OCT-08, 01-JAN-09, 01-APR-09, 01-JUL-09 |
| Support: | $7,150.00  1 Year(s) | | |
| Consulting | $0.00 | | |
| Education: | $0.00 | | |
| Other: | $3,750.00 | Other is Oracle iLearning. | |
| System Price. | $43,400.00 | | |

**Transaction Specific Terms:**
For this Contract, the rate used in PPA Section 3, Paragraph 2, Subsection (i) shall be the lesser of the rate in the Contract or 3%.

**Optional | x (if this box is checked):**
The Customer has ordered the System from an alliance member/agent of Oracle Corporation or one of its affiliates, whose name and address are specified below. Customer shall provide OCC with a copy of such Order. The System shall be directly licensed or provided by the Supplier specified in the applicable Order and Agreement, each of which shall be considered a separate contract. Customer has entered into the Order and Agreement based upon its own judgment, and expressly disclaims any reliance upon statements made by OCC about the System, if any. Customer's rights with respect to the System are as set forth in the applicable Order and Agreement and Customer shall have no right to make any claims under such Order and Agreement against OCC or its Assignee. Neither Supplier nor any alliance member/agent is authorized to waive or alter any term or condition of this Contract. If within ten days of the Payment Schedule Effective Date, OCC is provided with Customer invoices for the System specifying applicable Taxes, then OCC may add the applicable Taxes in accordance with this Contract.

| | |
|---|---|
| Alliance Member/Agent: | CRESH, Inc. |
| Address | c/o Certus Group of Companies, LLC, 150 Paularino Ave, Suite D274 Costa Mesa CA 92626 |
| Contact: | Joshua Van Ginkel      Phone. 714.315.4461 |

This Payment Schedule is entered into by Customer and Oracle Credit Corporation ("OCC") for the acquisition of the System from Oracle Corporation , an affiliate of Oracle Corporation, an alliance member/agent of Oracle Corporation or any other party providing any portion of the System ("Supplier"). This Payment Schedule incorporates by reference the terms and conditions of the above-referenced Payment Plan Agreement ("PPA") to create a separate Contract ("Contract").

**A. PAYMENTS:** This Contract shall replace Customer's payment obligation under the Order and Agreement to Supplier, to the extent of the System Price listed above, upon Customer's delivery of a fully executed Order, Agreement, PPA, Payment Schedule, and any other documentation required by OCC, and execution of the Contract by OCC. Customer agrees that OCC may add the applicable Taxes due on the System Price to each Payment Amount based on the applicable tax rate invoiced by Supplier at shipment. OCC may adjust subsequent Payment Amounts to reflect any change or correction in Taxes due. If the System Price includes support fees for a support period that begins after the first support period, such future support fees and the then relevant Taxes will be paid to Supplier as invoiced in the applicable support period from the Payment Amounts received in that period. The balance of each

Payment Amount, unless otherwise stated, includes a proportional amount of the remaining components of the System Price excluding such future support fees, if any.

**B. SYSTEM:** Software shall be accepted, and the services shall be deemed ordered pursuant to the terms of the Agreement Customer agrees that any software acquired from Supplier to replace any part of the System shall be subject to the terms of the Contract Any claims related to the performance of any component of the System shall be made pursuant to the Order and Agreement. Neither OCC nor Assignee shall be responsible to Customer for any claim or liability pertaining to any performance, actions, warranties or statements of Supplier

**C. ADMINISTRATIVE:** Customer agrees that OCC or its Assignee may treat executed faxes or photocopies delivered to OCC as original documents; however, Customer agrees to deliver original signed documents if requested. Customer agrees that OCC may insert the appropriate administrative information to complete this form. OCC will provide a copy of the final Contract upon request.

PS_US07_4405

# EXHIBIT B

# ORACLE | Credit Corporation

**Payment Plan Agreement**

| | |
|---|---|
| Customer: | CGC Rhythm Partners, LLC |
| Address: | 16-B Journey |
| | Aliso Viejo  CA  92656 |
| Phone: | 714-267-8902 |
| PPA No.: | 26089 |
| Effective Date: | 07/28/2008 |

Executed by Customer (authorized signature):

By:

Name:  David Cuevas

Title:  Chairman

Executed by Oracle Credit Corporation:

By:

Name:  NANCY ODQUIOCO
SR. CONTRACTS MANAGER

Title:

The Payment Plan Agreement ("PPA") is entered into by Customer and Oracle Credit Corporation ("OCC") to provide for the payment of the System Price specified in a Payment Schedule on an installment basis. The System (as defined below) is being acquired from Oracle Corporation, an alliance member/agent of Oracle Corporation or any other party providing any portion of the System ("Supplier"). Each Payment Schedule shall specify the Software and other products and services, which items together with any upgrade, transfer, substitution, or replacement thereof, shall comprise the "System." Each Payment Schedule shall incorporate the terms and conditions of the PPA to form a "Contract," and the System specified therein shall be subject to the terms and conditions of such Contract. The System shall be licensed or provided to Customer directly by Supplier pursuant to the terms of the Order and Agreement specified in the Contract. Except as provided under the Contract, Customer's rights and remedies under the Order and Agreement, including Supplier's warranty and refund provisions, shall not be affected.

**1. PAYMENT SCHEDULE:** Customer agrees to pay OCC the Payment Amounts in accordance with the Contract, with each payment due and payable on the applicable Due Date. If full payment of each Payment Amount and other amounts payable is not received by OCC within 10 days of each Due Date, Customer agrees to pay to OCC interest on the overdue amount at the rate equal to the lesser of one and one-half percent (1.5%) per month, or the maximum amount allowed by law. Unless stated otherwise, Payment Amounts exclude any applicable sales, use, property or any other tax allocable to the System, Agreement or Contract ("Taxes"). Any amounts or any Taxes payable under the Contract are due and payable by Customer, and Customer shall remain liable for any filing obligations. Customer's obligation to remit Payment Amounts to OCC or its assignee in accordance with the Contract is absolute, unconditional, noncancellable, independent, and shall not be subject to any abatement, set-off, claim, counterclaim, adjustment, reduction, or defense for any reason, including but not limited to, any termination of any Agreement, or performance of the System.

**2. ASSIGNMENT:** Customer hereby consents to OCC's assignment of all or a portion of its rights and interests in and to the Contract to third-parties ("Assignee"). OCC shall provide Customer notice thereof. Customer and OCC agree that Assignee shall not, because of such assignment, assume any of OCC's or Supplier's obligations to Customer. Customer shall not assert against Assignee any claim, defense, counterclaim or setoff that Customer may have against OCC or Supplier. Customer waives all rights to make any claim against Assignee for any loss or damage of the System or breach of any warranty, express or implied, as to any matter whatsoever, including but not limited to the System and service performance, functionality, features, merchantability or fitness for a particular purpose, or any indirect, incidental or consequential damages or loss of business. Customer shall pay Assignee all amounts due and payable under the Contract, but shall pursue any claims under any Agreement solely against Supplier. Except when a Default occurs, neither OCC nor Assignee will interfere with Customer's quiet enjoyment or use of the System in accordance with the Agreement's terms and conditions.

**3. DEFAULT; REMEDIES:** Any of the following shall constitute a Default under the Contract: (i) Customer fails to pay when due any sums due

under any Contract; (ii) Customer breaches any representation or fail to perform any obligation in any Contract; (iii) Customer materially breaches or terminates the license relating to Software; (iv) Customer defaults under a material agreement with Assignee, or (v) Customer becomes insolvent or makes an assignment for the benefit of creditors or a trustee or receiver is appointed for Customer or for a substantial part of its assets, or bankruptcy, reorganization or insolvency proceedings shall be instituted by or against Customer.

In the event of a Default that is not cured within thirty (30) days of its occurrence, OCC may: (i) require all outstanding Payment Amounts and other sums due and scheduled to become due (discounted at the lesser of the rate in the Contract or five percent (5%) per annum simple interest) to become immediately due and payable by Customer; (ii) pursue any rights provided under the Agreement, as well as terminate all of Customer's rights to use the System and related services, and Customer agrees to cease all use of the System; and (ii)pursue any other rights or remedies available at law or in equity. In the event OCC institutes any action for the enforcement of the collection of Payment Amounts, there shall be due from Customer, in addition to the amounts due above, all costs and expenses of such action, including reasonable attorneys' fees. No failure or delay on the part of OCC to exercise any right or remedy hereunder shall operate as a waiver thereof, or as a waiver of any subsequent breach. All remedies are cumulative and not exclusive. Customer acknowledges that upon a default under the Contract, no party shall license, lease, transfer or use any Software in mitigation of any damages resulting from Customer's Default

**4. CUSTOMER'S REPRESENTATIONS AND COVENANTS:** Customer represents that, throughout the term of the Contract, the Contract has been duly authorized and constitutes a legal, valid, binding and enforceable agreement of Customer. Any transfer or assignment of Customer's rights or obligations in the System, or under the Agreement or the Contract shall require OCC's and Assignee's prior written consent. A transfer shall include a change in majority ownership of Customer Customer agrees to promptly execute any ancillary documents and take further actions as OCC or Assignee may reasonably request, including, but not limited to, assignment notifications, acceptance certificates, certificates of authorization, registrations, and filings. Customer agrees to provide copies of Customer's balance sheet, income statement, and other financial reports as OCC or Assignee may reasonably request.

**5. MISCELLANEOUS:** The Contract shall constitute the entire agreement between Customer and OCC regarding the subject matter herein and shall supersede any inconsistent terms set forth in the Order, Agreement or any related agreements, Customer purchase orders and all prior oral and written understandings If any provision of the Contract is invalid, such invalidity shall not affect the enforceability of the remaining terms of the Contract. Customer's obligations under the Contract shall commence on the Effective Date specified therein Except for payment terms specified in the Contract, Customer remains responsible for all the obligations under each Agreement Each Payment Schedule, and any changes to a Contract or any related document, shall take effect when executed by OCC The Contract shall be governed by the laws of the State of California and shall be deemed executed in Redwood Shores, CA as of the Contract Effective Date.

**ORACLE** | Credit Corporation

Page 1 of 1

**Payment Schedule**

**No. 28089**

Customer: CGC Rhythm Partners, LLC

Address: 18-B Journey

Aliso Viejo   CA   92656

Contact: David Cuevas
Phone: 714.287.6902

Order: 28089   dated 07/24/2008
Agreement: V061608   dated 07/24/2008
PPA No: 28089   dated 07/28/2008

Executed by Customer (authorized signature):
By:
Name: David Cuevas
Title: Chairman
Executed by Oracle Credit Corporation:
By:
Name: NANCY COQUOCO
Title: SR. CONTRACTS MANAGER
Payment Schedule Effective Date: 04 -AUG -08

**System:**

| Software. | $59,500.00 | |
|---|---|---|
| Support: | $4,724.60 | 1 Year(s) |
| Consulting: | $0.00 | |
| Education: | $0.00 | |
| Other: | $18,750.00 | |
| System Price. | $82,974.60 | |

**Payment Schedule:**

| Payment Amount | Due Date |
|---|---|
| 12 @   $8,049 | 01-NOV-08 through 01-AUG-11 |

Twelve (12) quarterly payments due and payable as set forth above.
Other is Oracle iLearning.

**Transaction Specific Terms:**
For this Contract, the rate used in PPA Section 3, Paragraph 2, Subsection (i) shall be the lesser of the rate in the Contract or 3%.

Optional  κ  (If this box is checked):
The Customer has ordered the System from an alliance member/agent of Oracle Corporation or one of its affiliates, whose name and address are specified below. Customer shall provide OCC with a copy of such Order. The System shall be directly licensed or provided by the Supplier specified in the applicable Order and Agreement, each of which shall be considered a separate contract. Customer has entered into the Order and Agreement based upon its own judgment, and expressly disclaims any reliance upon statements made by OCC about the System, if any. Customer's rights with respect to the System are as set forth in the applicable Order and Agreement and Customer shall have no right to make any claims under such Order and Agreement against OCC or its Assignee. Neither Supplier nor any alliance member/agent is authorized to waive or alter any term or condition of this Contract. If within ten days of the Payment Schedule Effective Date, OCC is provided with Customer invoices for the System specifying applicable Taxes, then OCC may add the applicable Taxes in accordance with this Contract.

Alliance Member/Agent: CRESH, Inc.
Address: c/o Certus Group of Companies, LLC,  150 Paularino Ave, Suite D274   Costa Mesa   CA 92626
Contact: Joshua Van Ginkel   Phone  714.315.4481

This Payment Schedule is entered into by Customer and Oracle Credit Corporation ("OCC") for the acquisition of the System from Oracle Corporation, an affiliate of Oracle Corporation, an alliance member/agent of Oracle Corporation or any other party providing any portion of the System ("Supplier"). This Payment Schedule incorporates by reference the terms and conditions of the above-referenced Payment Plan Agreement ("PPA") to create a separate Contract ("Contract").

**A. PAYMENTS:** This Contract shall replace Customer's payment obligation under the Order and Agreement to Supplier, to the extent of the System Price listed above, upon Customer's delivery of a fully executed Order, Agreement, PPA, Payment Schedule, and any other documentation required by OCC, and execution of the Contract by OCC. Customer agrees that OCC may add the applicable Taxes due on the System Price to each Payment Amount based on the applicable tax rate invoiced by Supplier at shipment. OCC may adjust subsequent Payment Amounts to reflect any change or correction in Taxes due. If the System Price includes support fees for a support period that begins after the first support period, such future support fees and the then relevant Taxes will be paid to Supplier as invoiced in the applicable support period from the Payment Amounts received in that period. The balance of each

Payment Amount, unless otherwise stated, includes a proportional amount of the remaining components of the System Price excluding such future support fees, if any.

**B. SYSTEM:** Software shall be accepted, and the services shall be deemed ordered pursuant to the terms of the Agreement. Customer agrees that any software acquired from Supplier to replace any part of the System shall be subject to the terms of the Contract. Any claims related to the performance of any component of the System shall be made pursuant to the Order and Agreement. Neither OCC nor Assignee shall be responsible to Customer for any claim or liability pertaining to any performance, actions, warranties or statements of Supplier.

**C. ADMINISTRATIVE:** Customer agrees that OCC or its Assignee may treat executed faxes or photocopies delivered to OCC as original documents; however, Customer agrees to deliver original signed documents if requested. Customer agrees that OCC may insert the appropriate administrative information to complete this form. OCC will provide a copy of the final Contract upon request.

# EXHIBIT C

# ORACLE | Credit Corporation

**Payment Plan Agreement**

| | |
|---|---|
| Customer: | Media Lead LLC |
| Address: | 120 Lakeside Avenue |
| | Suite 110 & 120 |
| | Seattle  WA  98122 |
| Phone: | 206.200.2733 |
| PPA No.: | 28095 |

Executed by Customer (authorized signature):

By: *[signature]*

Name: __Chris Beer__

Title: __CEO__

Executed by Oracle Credit Corporation:

By: *[signature]*

Name: NANCY COGNOOD, SR. CONTRACTS MANAGER

Title:

**Effective Date:** 04-AUG-08

This Payment Plan Agreement ("PPA") is entered into by Customer and Oracle Credit Corporation ("OCC") to provide for the payment of the System Price specified in a Payment Schedule on an installment basis. The System (as defined below) is being acquired from Oracle Corporation, an alliance member/agent of Oracle Corporation or any other party providing any portion of the System ("Supplier"). Each Payment Schedule shall specify the Software and other products and services, which items together with any upgrade, transfer, substitution, or replacement thereof, shall comprise the "System." Each Payment Schedule shall incorporate the terms and conditions of the PPA to form a "Contract," and the System specified therein shall be subject to the terms and conditions of such Contract. This System shall be licensed or provided to Customer directly by Supplier pursuant to the terms of the Order and Agreement specified in the Contract. Except as provided under the Contract, Customer's rights and remedies under the Order and Agreement, including Supplier's warranty and refund provisions, shall not be affected.

**1. PAYMENT SCHEDULE:** Customer agrees to pay OCC the Payment Amounts in accordance with the Contract, with each payment due and payable on the applicable Due Date. If full payment of each Payment Amount and other amounts payable is not received by OCC within 10 days of each Due Date, Customer agrees to pay to OCC interest on the overdue amount at the rate equal to the lesser of one and one-half percent (1.5%) per month, or the maximum amount allowed by law. Unless stated otherwise, Payment Amounts exclude any applicable sales, use, property or any other tax allocable to the System, Agreement or Contract ("Taxes"). Any amounts or any Taxes payable under the Agreement which are not added to the Payment Amounts due under the Contract are due and payable by Customer, and Customer shall remain liable for any filing obligations. Customer's obligation to remit Payment Amounts to OCC or to assignee in accordance with the Contract is absolute, unconditional, noncancellable, independent, and shall not be subject to any abatement, set-off, claim, counterclaim, adjustment, reduction, or defense for any reason, including but not limited to, any termination of any Agreement, or performance of the System.

**2. ASSIGNMENT:** Customer hereby consents to OCC's assignment of all or a portion of its rights and interests in and to the Contract to third-parties ("Assignee"). OCC shall provide Customer notice thereof. Customer and OCC agree that Assignee shall not, because of such assignment, assume any of OCC's or Supplier's obligations to Customer. Customer shall not assert against Assignee any claim, defense, counterclaim or setoff that Customer may have against OCC or Supplier. Customer waives all rights to make any claim against Assignee for any loss or damage of the System or breach of any warranty, express or implied, as to any matter whatsoever, including but not limited to the System and service performance, functionality, features, merchantability or fitness for a particular purpose, or any indirect, incidental or consequential damages or loss of business. Customer shall pay Assignee all amounts due and payable under the Contract, but shall pursue any claims under any Agreement solely against Supplier. Except when a Default occurs, neither OCC nor Assignee will interfere with Customer's quiet enjoyment or use of the System in accordance with the Agreement's terms and conditions.

**3. DEFAULT; REMEDIES:** Any of the following shall constitute a Default under the Contract: (i) Customer fails to pay when due any sums due under any Contract; (ii) Customer breaches any representation or fails to perform any obligation in any Contract; (iii) Customer materially breaches or terminates the license relating to Software, (iv) Customer defaults under a material agreement with Assignee, or (v) Customer becomes insolvent or makes an assignment for the benefit of creditors, or a trustee or receiver is appointed for Customer or for a substantial part of its assets, or bankruptcy, reorganization or insolvency proceedings shall be instituted by or against Customer

In the event of a Default that is not cured within thirty (30) days of its occurrence, OCC may: (i) require all outstanding Payment Amounts and other sums due and scheduled to become due (discounted at the lesser of the rate in the Contract or five percent (5%) per annum simple interest) to become immediately due and payable by Customer; (ii) pursue any rights provided under the Agreement, as well as terminate all of Customer's rights to use the System and related services, and Customer agrees to cease all use of the System, and (iii)pursue any other rights or remedies available at law or in equity. In the event OCC institutes any action for the enforcement of the collection of Payment Amounts, there shall be due from Customer, in addition to the amounts due above, all costs and expenses of such action, including reasonable attorneys' fees. No failure or delay on the part of OCC to exercise any right or remedy hereunder shall operate as a waiver thereof, or as a waiver of any subsequent breach. All remedies are cumulative and not exclusive. Customer acknowledges that upon a default under the Contract, no party shall license, lease, transfer or use any Software in mitigation of any damages resulting from Customer's Default.

**4. CUSTOMER'S REPRESENTATIONS AND COVENANTS:** Customer represents that, throughout the term of the Contract, the Contract has been duly authorized and constitutes a legal, valid, binding and enforceable agreement of Customer. Any transfer or assignment of Customer's rights or obligations in the System, or under the Agreement or the Contract shall require OCC's and Assignee's prior written consent. A transfer shall include a change in majority ownership of Customer. Customer agrees to promptly execute any ancillary documents and take further actions as OCC or Assignee may reasonably request, including, but not limited to, assignment notifications, acceptance certificates, certificates of authorization, registrations, and filings. Customer agrees to provide copies of Customer's balance sheet, income statement, and other financial reports as OCC or Assignee may reasonably request.

**5. MISCELLANEOUS:** The Contract shall constitute the entire agreement between Customer and OCC regarding the subject matter herein and shall supersede any inconsistent terms set forth in the Order, Agreement or any related agreements, Customer purchase orders and all prior and oral and written understandings. If any provision of the Contract is invalid, such invalidity shall not affect the enforceability of the remaining terms of the Contract. Customer's obligations under the Contract shall commence on the Effective Date specified therein. Except for payment terms specified in the Contract, Customer remains responsible for all the obligations under each Agreement. Each Payment Schedule, and any changes to a Contract or any related document, shall take effect when executed by OCC. The Contract shall be governed by the laws of the State of California and shall be deemed executed in Redwood Shores, CA as of the Contract Effective Date.

PPA_US 11Feb08

# ORACLE | Credit Corporation

**Payment Schedule**

No. 28095

Page 1 of 1

| | | Executed by Customer (authorized signature) |
|---|---|---|
| Customer | Media Lead LLC | By: _Chris Fir Bur_ |
| Address: | 120 Lakeside Avenue | Name: Chris Beer |
| | Suite 110 & 120 | Title: CEO |
| | Seattle  WA  98122 | Executed by Oracle Credit Corporation: |
| Contact: | Chris Beer | By: |
| Phone: | 206.200.2733 | Name: NANCY COQUICCO |
| Order: | SEE #1  dated | Title: SR. CONTRACTS MANAGER |
| Agreement: | SEE #2  dated | Payment Schedule Effective Date  04-AUG-08 |
| PPA No.: | 5966  dated  04-AUG-08 | |

| System: | | Payment Schedule | |
|---|---|---|---|
| | | Payment Amount | Due Date |
| Software: | $97,290.00 | 12 @  $11,802 | 01-NOV-08, 01-FEB-09, 01-MAY-09, 01-AUG- |
| Support: | $17,710.00  1 Year(s) | | 09, 01-NOV-09, 01-FEB-10, 01-MAY-10, 01- |
| Consulting: | $0.00 | | AUG-10, 01-NOV-10, 01-FEB-11, 01-MAY-11, |
| Education: | $7,500.00 | | 01-AUG-11 |
| Other: | $0.00 | Twelve (12) quarterly payments due and payable as set forth |
| System Price: | $122,500.00 | above. |

**Transaction Specific Terms:**
For this Contract, the rate used in PPA Section 3, Paragraph 2, Subsection (i) shall be the lesser of the rate in the Contract or 3%.

1) CRESH QUOTE / PURCHASE ORDER # POC-OZ 9093 DATED 01-AUG-2008

2) OLSA  V061608 · DATED 24-JUL-2008

Optional ☒ (If this box is checked):
The Customer has ordered the System from an alliance member/agent of Oracle Corporation or one of its affiliates, whose name and address are specified below. Customer shall provide OCC with a copy of such Order. The System shall be directly licensed or provided by the Supplier specified in the applicable Order and Agreement, each of which shall be considered a separate contract. Customer has entered into the Order and Agreement based upon its own judgment, and expressly disclaims any reliance upon statements made by OCC about the System. If any, Customer's rights with respect to the System are as set forth in the applicable Order and Agreement and Customer shall have no right to make any claims under such Order and Agreement against OCC or its Assignee. Neither Customer nor any alliance member/agent is authorized to waive or alter any term or condition of this Contract. If within ten days of the Payment Schedule Effective Date, OCC is provided with Customer invoices for the System specifying applicable Taxes, then OCC may add the applicable Taxes in accordance with this Contract.

| Alliance Member/Agent: | CRESH, Inc. | | | |
|---|---|---|---|---|
| Address: | c/o Certus Group of Companies, LLC, | 150 Paularino Ave, Suite D274  Costa Mesa  CA 92626 | |
| Contact: | Josh Van Ginkel | | Phone: 714.315.4481 |

This Payment Schedule is entered into by Customer and Oracle Credit Corporation ("OCC") for the acquisition of the System from Oracle Corporation, an affiliate of Oracle Corporation, an alliance member/agent of Oracle Corporation or any other party providing any portion of the System ("Supplier"). This Payment Schedule incorporates by reference the terms and conditions of the above-referenced Payment Plan Agreement ("PPA") to create a separate Contract ("Contract")

**A. PAYMENTS:** This Contract shall replace Customer's payment obligation under the Order and Agreement to Supplier, to the extent of the System Price listed above, upon Customer's delivery of a fully executed Order, Agreement, PPA, Payment Schedule, and any other documentation required by OCC, and execution of the Contract by OCC. Customer agrees that OCC may add the applicable Taxes due on the System Price to each Payment Amount based on the applicable tax rate invoiced by Supplier at shipment. OCC may adjust subsequent Payment Amounts to reflect any change or correction in Taxes due. If the System Price includes support fees for a support period that begins after the first support period, such future support fees and the then relevant Taxes will be paid to Supplier as invoiced in the applicable support period from the Payment Amounts received in that period. The balance of each

Payment Amount, unless otherwise stated, includes a proportional amount of the remaining components of the System Price excluding such future support fees, if any.

**B. SYSTEM:** Software shall be accepted, and the services shall be deemed ordered pursuant to the terms of the Agreement. Customer agrees that any software acquired from Supplier to replace any part of the System shall be subject to the terms of the Contract. Any claims related to the performance of any component of the System shall be made pursuant to the Order and Agreement. Neither OCC nor Assignee shall be responsible to Customer for any claim or liability pertaining to any performance, actions, warranties or statements of Supplier.

**C. ADMINISTRATIVE:** Customer agrees that OCC or its Assignee may treat executed taxes or photocopies delivered to OCC as original documents; however, Customer agrees to deliver original signed documents if requested. Customer agrees that OCC may insert the appropriate administrative information to complete this form. OCC will provide a copy of the final Contract upon request.

PS_US 07.Jan05

# EXHIBIT D

**CGC**

Certus Solutions, Inc.
c/o CGC
150 Paularino Ave, Suite D274
Costa Mesa, CA 92626

# Purchase Order

| Date | P.O. No. | Terms |
|------|----------|-------|
| 12/16/2008 | PO-021101 | Net 30 |

| Vendor |
|--------|
| Oracle Corporation<br>500 Oracle Parkway<br>Redwood Shores, CA 94064 |

| Ship To |
|---------|
| Certus Solutions, Inc.<br>c/o CGC<br>150 Paularino Ave, Suite D274<br>Costa Mesa, CA 92626<br>Attn. Joshua VanOlinkel |

| Item | Description | Qty | Rate | Amount |
|------|-------------|-----|------|--------|
| Software | Oracle Database Enterprise Edition | 2 | ■■■■ | ■■■■ |
| Software | Oracle Database Lite Clients | 10 | ■■■■ | ■■■■ |
| Software | Oracle Database Lite Mobile Server | 2 | ■■■■ | ■■■■ |
| Software | Real Application Clusters | 2 | ■■■■ | ■■■■ |
| Software | Partitioning | 1 | ■■■■ | ■■■■ |
| Software | Label Security | 2 | ■■■■ | ■■■■ |
| Software | Advanced Security | 2 | ■■■■ | ■■■■ |
| Software | Oracle Advanced Compression | 2 | ■■■■ | ■■■■ |
| Software | Oracle TimesTen In-Memory Database | 1 | ■■■■ | ■■■■ |
| Software | Diagnostics Pack | 1 | ■■■■ | ■■■■ |
| Software | Tuning Pack | 1 | ■■■■ | ■■■■ |
| Software | Change Management Pack | 1 | ■■■■ | ■■■■ |
| Software | Configuration Management Pack | 1 | ■■■■ | ■■■■ |
| Software | Provisioning Pack for Database | 1 | ■■■■ | ■■■■ |
| Software | Oracle Data Masking Pack | 1 | ■■■■ | ■■■■ |
| Software | Universal Content Management | 2 | ■■■■ | ■■■■ |
| Oracle Support | Software Update License & Support | 1 | ■■■■ | ■■■■ |

| Total | | | | $163,363.00 |

| Phone # | Fax # | E-mail |
|---------|-------|--------|
| 866.930.6103 | 714.862.1994 | joshuin@cgcrp.com |

# ORACLE

**Enabling the Information Age™**

Page 1 of 2

## INVOICE

Federal Tax ID: ▮▮▮▮▮

| INVOICE NUMBER | 2334433 |
|---|---|
| INVOICE DATE | 18-Dec-2008 |
| YOUR PO NUMBER | PO-028108 |
| PAYMENT TERMS | 30 NET |
| DUE DATE | 17-Jan-2009 |

**BILL TO :**
Certus Solutions, Inc.
Joshua VanGinkel
CGC 150 Paularino Ave Ste D274
Costa Mesa, CA 92626
UNITED STATES

**PAYMENT INSTRUCTIONS:**

| REFERENCE | 2334433 | ON YOUR REMITTANCE |
|---|---|---|
| MAIL CHECKS TO: | Oracle USA, Inc.
PO BOX 44471
SAN FRANCISCO CA
94144-4471 | |
| WIRE TRANSFERS TO: | WELLS FARGO BANK
ABA ▮▮▮▮
ACCT ▮▮▮▮ | |

**SHIP TO :**
Certus Solutions, Inc.
Joshua VanGinkel
CGC 150 Paularino Ave Ste D274
Costa Mesa, CA 92626
UNITED STATES

### FOR BILLING QUESTIONS, CALL COLLECTIONS CENTER (888) 803-7414

| ORACLE SALESPERSON | ORACLE ORDER NUMBER | CUSTOMER CONTACT | RESELLER |
|---|---|---|---|
| Francis, Mr Steven D (Steve) | 8355821 | Joshua VanGinkel | Alethea LLC |

| ITEM NO. | DESCRIPTION | QTY/NBR OF USERS | TAX | EXTENDED AMOUNT |
|---|---|---|---|---|
| 1 | Oracle Database Enterprise Edition - Processor Perpetual | 2 | N | ▮▮▮▮ |
| 2 | Real Application Clusters - Processor Perpetual | 2 | N | ▮▮▮▮ |
| 3 | Partitioning - Processor Perpetual | 1 | N | ▮▮▮▮ |
| 4 | Advanced Security - Processor Perpetual | 2 | N | ▮▮▮▮ |

**SPECIAL INSTRUCTIONS:**

| | SUBTOTAL | TAX | SHIPPING/HANDLING | TOTAL(USD) |
|---|---|---|---|---|
| | 137,280.00 | 0.00 | 0.00 | 137,280.00 |
| Less payments | | | | 0.00 |
| Credits/Adjustments | | | | 0.00 |
| Outstanding Balance as of 30-Dec-2008 | | | | 137,280.00 |

# ORACLE

Enabling the Information Age™

## INVOICE

Federal Tax ID: ▮▮▮▮

| INVOICE NUMBER | 2334433 |
|---|---|
| INVOICE DATE | 18-Dec-2008 |
| YOUR ORDER | PO-028108 |
| PAYMENT TERMS | 30 NET |
| PAYMENT DUE | 17-Jan-2009 |

| | | | | |
|---|---|---|---|---|
| 5 | Tuning Pack - Processor Perpetual | 1 | N | ▮▮▮▮ |
| 6 | Oracle TimesTen In-Memory Database - Processor Perpetual | 1 | N | ▮▮▮▮ |
| 7 | Change Management Pack - Processor Perpetual | 1 | N | ▮▮▮▮ |
| 8 | Oracle Data Masking Pack - Processor Perpetual | 1 | N | ▮▮▮▮ |
| 9 | Oracle Database Lite Client - Named User Plus Perpetual | 10 | N | ▮▮▮▮ |
| 10 | Oracle Database Lite Mobile Server - Processor Perpetual | 2 | N | ▮▮▮▮ |
| 11 | Label Security - Processor Perpetual | 2 | N | ▮▮▮▮ |
| 12 | Oracle Advanced Compression - Processor Perpetual | 2 | N | ▮▮▮▮ |
| 13 | Diagnostics Pack - Processor Perpetual | 1 | N | ▮▮▮▮ |
| 14 | Provisioning Pack for Database - Processor Perpetual | 1 | N | ▮▮▮▮ |
| 15 | Configuration Management Pack - Processor Perpetual | 1 | N | ▮▮▮▮ |
| 16 | Universal Content Management - Named User Plus Perpetual | 2 | N | ▮▮▮▮ |

| SPECIAL INSTRUCTIONS: | SUBTOTAL | TAX | SHIPPING/ HANDLING | TOTAL(USD) |
|---|---|---|---|---|
| | 137,280.00 | 0.00 | 0.00 | 137,280.00 |
| | Less payments | | | 0.00 |
| | Credits/Adjustments | | | 0.00 |
| | Outstanding Balance as of 30-Dec-2008 | | | 137,280.00 |

**ORACLE**

Enabling the Information Age™

Page 1 of 2

# INVOICE

Federal Tax ID: ████

| | |
|---|---|
| INVOICE NUMBER: | 2334434 |
| INVOICE DATE: | 18-Dec-2008 |
| YOUR PO NUMBER: | PO-028108 |
| PAYMENT TERMS: | 30 NET |
| DUE DATE: | 17-Jan-2009 |

BILL TO :
Certus Solutions, Inc.
Joshua VanGinkel
CGC 150 Paularino Ave Ste D274
Costa Mesa, CA 92626
UNITED STATES

SHIP TO :
Certus Solutions, Inc.
Joshua VanGinkel
CGC 150 Paularino Ave Ste D274
Costa Mesa, CA 92626
UNITED STATES

**PAYMENT INSTRUCTIONS:**

| REFERENCE | 2334434 | ON YOUR REMITTANCE |
|---|---|---|
| MAIL CHECKS TO: | | Oracle USA, Inc.<br>PO BOX 44471<br>SAN FRANCISCO CA<br>94144-4471 |
| WIRE TRANSFERS TO: | | WELLS FARGO BANK<br>ABA ████<br>ACCT ████ |

FOR BILLING QUESTIONS, CALL COLLECTIONS CENTER  (888) 803-7414

| ORACLE SALESPERSON | ORACLE ORDER NUMBER | CUSTOMER CONTACT | END USER |
|---|---|---|---|
| Francis, Mr Steven D (Steve) | 8355821 | Joshua VanGinkel | Alethea LLC |

| ITEM NO. | DESCRIPTION | QTY/ NO. OF USERS | TAX | EXTENDED AMOUNT |
|---|---|---|---|---|
| 1 | Software Update License & Partner Support - 1 Label Security - Processor Perpetual: 31-DEC-08 - 30-DEC-09 | 2 | N | ████ |
| 2 | Software Update License & Partner Support - 1 Partitioning - Processor Perpetual: 31-DEC-08 - 30-DEC-09 | 1 | N | ████ |
| 3 | Software Update License & Partner Support - 1 Oracle Database Lite Client - Named User Plus Perpetual: 31-DEC-08 - 30-DEC-09 | 10 | N | ████ |
| 4 | Software Update License & Partner Support - 1 Oracle Advanced Compression - Processor Perpetual: 31-DEC-08 - 30-DEC-09 | 2 | N | ████ |

| SPECIAL INSTRUCTIONS: | SUBTOTAL | TAX | SHIPPING/ HANDLING | TOTAL(USD) |
|---|---|---|---|---|
| | 26,083.00 | 0.00 | 0.00 | 26,083.00 |
| | Less payments | | | 0.00 |
| | Credits/Adjustments | | | 0.00 |
| | Outstanding Balance as of 30-Dec-2008 | | | 26,083.00 |

**ORACLE**

Enabling the Information Age™

## INVOICE

Federal Tax ID: ▓▓▓▓

| | |
|---|---|
| INVOICE NUMBER | 2334434 |
| INVOICE DATE | 18-Dec-2008 |
| ORDER NUMBER | PO-028108 |
| PAYMENT TERMS | 30 NET |
| DUE DATE | 17-Jan-2009 |

| | | | | |
|---|---|---|---|---|
| 5 | Software Update License & Partner Support – 1 Diagnostics Pack - Processor Perpetual: 31-DEC-08 - 30-DEC-09 | 1 | N | ▓▓▓ |
| 6 | Software Update License & Partner Support – 1 Tuning Pack - Processor Perpetual: 31-DEC-08 - 30-DEC-09 | 1 | N | ▓▓▓ |
| 7 | Software Update License & Partner Support – 1 Oracle Database Lite Mobile Server - Processor Perpetual: 31-DEC-08 - 30-DEC-09 | 2 | N | ▓▓▓ |
| 8 | Software Update License & Partner Support – 1 Oracle Data Masking Pack - Processor Perpetual: 31-DEC-08 - 30-DEC-09 | 1 | N | ▓▓▓ |
| 9 | Software Update License & Partner Support – 1 Universal Content Management - Named User Plus Perpetual: 31-DEC-08 - 30-DEC-09 | 2 | N | ▓▓▓ |
| 10 | Software Update License & Partner Support – 1 Oracle Database Enterprise Edition - Processor Perpetual: 31-DEC-08 - 30-DEC-09 | 2 | N | ▓▓▓ |
| 11 | Software Update License & Partner Support – 1 Real Application Clusters - Processor Perpetual: 31-DEC-08 - 30-DEC-09 | 2 | N | ▓▓▓ |
| 12 | Software Update License & Partner Support – 1 Advanced Security - Processor Perpetual: 31-DEC-08 - 30-DEC-09 | 2 | N | ▓▓▓ |
| 13 | Software Update License & Partner Support – 1 Oracle TimesTen In-Memory Database - Processor Perpetual: 31-DEC-08 - 30-DEC-09 | 1 | N | ▓▓▓ |
| 14 | Software Update License & Partner Support – 1 Change Management Pack - Processor Perpetual: 31-DEC-08 - 30-DEC-09 | 1 | N | ▓▓▓ |
| 15 | Software Update License & Partner Support – 1 Configuration Management Pack - Processor Perpetual: 31-DEC-08 - 30-DEC-09 | 1 | N | ▓▓▓ |
| 16 | Software Update License & Partner Support – 1 Provisioning Pack for Database - Processor Perpetual: 31-DEC-08 - 30-DEC-09 | 1 | N | ▓▓▓ |

| SPECIAL INSTRUCTIONS: | SUBTOTAL | TAX | SHIPPING/ HANDLING | TOTAL(USD) |
|---|---|---|---|---|
| | 26,083.00 | 0.00 | 0.00 | 26,083.00 |
| | Less payments | | | 0.00 |
| | Credits/Adjustments | | | 0.00 |
| | Outstanding Balance as of 30-Dec-2008 | | | 26,083.00 |