# EXHIBIT E

THIS DOCUMENT IS FOR REVIEW PURPOSES ONLY AND IS NOT EXECUTABLE

# ORACLE

## Public Sector Partner Ordering Document v100908

| | | | |
|---|---|---|---|
| **Partner Name:** | Certus Solutions Inc | **Partner Bill To Contact:** | Michael Mai |
| | c/o Dearborne Circle LLC | **Phone:** | 714.878.505 |
| **Address:** | | **Email Address:** | mmai@dearbornellc.com |
| **City:** | Huntington Beach | **Fax Number:** | |
| **State/Province:** | CA | | |
| **Postal Code:** | 92648 | | |
| **Country:** | USA | | |

| | | | |
|---|---|---|---|
| **Ship to Name:** (if shipment is required) | Pension Benefit Guaranty Corp - Receiving Room | **Partner Contract Administrator:** | Claude Kramer |
| | | **Phone:** | 510 717.0294 |
| **Address:** | 1200 K ST NW (alley entrance) | **Email Address:** | ckramer@dearbornellc.com |
| **City:** | Washington | | |
| **State/Province:** | DC | | |
| **Postal Code:** | 20005-4026 | | |
| **Country:** | | | |

| | | | |
|---|---|---|---|
| **End User Name:** (Legal name & location of end user) | Pension Benefit Guaranty Corp - Procurement | **End User Technical Contact:** | |
| | | **End User Contact** (if different from End User Technical Contact) | Noel Briscoe |
| **Address:** | 1200 K ST NW | **Phone:** | 202-326-4000, x3627 |
| **City:** | Washington | **End User Technical Contact Email Address:** | |
| **State/Province:** | DC | **End User Contact Email Address:** (if different from End User Technical Email Address) | briscoe.noel@pbgc.gov |
| **Postal Code:** | 20005-4026 | | |
| **Country:** | | | |

### ORACLE CONTRACT INFORMATION

| | | | |
|---|---|---|---|
| **Partner Agreement:** | US-OPN-FUDA-12831672-06-NOV-08 | **Effective Date:** | 6-Nov-08 |
| **Addendum to Partner Agreement** (if applicable to this order): | | **Effective Date:** | |
| This ordering document incorporates by reference the terms of the partner agreement and addendum specified above ("agreement"). For purposes of this ordering document, "you" refers to the partner. | | | |
| **End User License Agreement:** | | **Date or Version:** | |
| **Registration Key:** | (if the OLSA Online was used) | | |

### A. DESCRIPTION AND FEES FOR ORDERED PROGRAMS AND SERVICES

You or the end user have ordered the program licenses and _12_ months of technical support services described below.

All fees on this ordering document are in US Dollars *for insert local currency]*.

| Product/Service Description | Metric | Term | Quantity | Unit Price | List Fee | Discount % | Net Fee |
|---|---|---|---|---|---|---|---|
| Oracle Advanced Security Option to DBEE Part # A90622 | Processor | | 25 | $ | $ | % | $ |
| Oracle DataMasking Pack Option to DBEE P/N L50295 | Processor | | 25 | $ | $ | % | $ |
| Database Vault Option to DBEE P/N L27156 | Processor | | 25 | $ | $ | % | $ |
| Oracle Weblogic Enterprise Edition P/N L58978 | Processor | | 4 | $ | $ | % | $ |
| Oracle Identity Manager P/N L36612 | Employees | | 2500 | $ | $ | % | $ |
| Identity Manager Connectors | Users | | | $ | - | % | $ - |
| P/N L26547 Database Applications Table (covers both Microsoft and Oracle Data Bases) | | | 1 | $ | $ | % | $ |

THIS DOCUMENT IS FOR REVIEW PURPOSES ONLY AND IS NOT EXECUTABLE

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| P/N L26507 Database User Management (covers both Microsoft and Oracle Data Bases) | | | 1 | ▬▬ | $ | ▬▬ | ▬% | $ ▬▬ |
| P/N L17784 Active Directory | | | 1 | ▬▬ | $ | ▬▬ | ▬% | $ ▬▬ |
| P/N L17848 Microsoft Exchange: | | | 1 | ▬▬ | $ | ▬▬ | ▬% | $ ▬▬ |
| P/N L17792 Oracle Internet Directory | | | 1 | ▬▬ | $ | ▬▬ | ▬% | $ ▬▬ |
| P/N L26523 Oracle E-Business | | | 1 | ▬▬ | $ | ▬▬ | ▬% | $ ▬▬ |
| P/N L17896 RSA Authentication Manager | | | 1 | ▬▬ | $ | ▬▬ | ▬% | $ ▬▬ |
| P/N L26515 UNIX | | | 1 | ▬▬ | $ | ▬▬ | ▬% | $ ▬▬ |
| P/N L17856 Microsoft Windows (for systems hosting services | | | 1 | ▬▬ | $ $ $ | ▬▬ - - | ▬% ▬% ▬% | $ ▬▬ $ . $ . |
| License Software Update License & Support Learning Credits | | | 1 | ▬▬ | $ $ $ | ▬▬ - | ▬% ▬% ▬% | $ ▬▬ $ . $ . |
| | | | | Subtotal Fees: | $ | ▬▬ | | $ 576,498.95 |

| Media Pack Description (By not listing a media pack, partner acknowledges that the end user has verified that they have been delivered the programs previously or have elected to receive the programs via electronic download and that Oracle has no further delivery obligation as of the effective date of this ordering document.) | Quantity | | Net Fee |
|---|---|---|---|
| insert media pack name | 0 | | $ . |
| | | Media Pack Fees: | $ . |

| | List Fee | Discount % | Net Fee |
|---|---|---|---|
| Oracle Programs License Fees | $ ▬▬ | ▬% | $ ▬▬ |
| Oracle Programs Support Fees: | $ ▬▬ | ▬% | $ ▬▬ |
| Learning Credits Fee | $ . | ▬% | $ . |
| Media Pack Fees | $ . | | $ . |
| Total Fees: | $ ▬▬ | | $ 576,498.95 |

THIS DOCUMENT IS FOR REVIEW PURPOSES ONLY AND IS NOT EXECUTABLE

**Delivery Options (please select one of the options below)**
*Electronic download may not be available in your's or the end user's country, or for certain programs. Please check http://partner.oracle.com (log in, select Membership / Agreements & Policies) for availability prior to selecting a delivery option.*

___ The end user has been delivered the programs previously (and no further delivery is required, electronic or otherwise)
_X_ The end user elects to receive the programs via electronic download.
___ The end user elects to receive the programs via electronic download and an additional copy of the programs via shipment of the media pack(s) listed in section A
___ The end user elects to receive the programs only via shipment of the media pack(s) listed in section A.

## B. GENERAL TERMS

### 1. Commencement Date
All program licenses and the period of performance for all services are effective upon shipment of tangible media or upon the effective date of this ordering document if shipment of tangible media is not required.

### 2 Territory
You have ordered program licenses and services described in section A for distribution to the end user for use in the *[insert applicable country/region where the end user is located]*, unless otherwise specified

### 3. Fees, Invoicing and Payment Obligation
a. All fees due under this ordering document shall be non-cancellable and the sums paid nonrefundable, except as provided in the agreement

b. License and services fees are invoiced as of the commencement date  Service fees are invoiced in advance of the service performance; specifically, technical support fees are invoiced annually in advance.

c  In addition to the fees listed in section A, Oracle will invoice you for any applicable shipping charges or applicable taxes.

d. In entering into payment obligations under this ordering document, you agree and acknowledge that you and the end user have not relied on the future availability of any program or updates  However, (a) if you order technical support for programs licensed under this ordering document, the preceding sentence does not relieve Oracle of its obligation to provide such technical support under this ordering document, if-and-when available, in accordance with Oracle's then current technical support policies, and (b) the preceding sentence does not change the rights granted to you for any program licensed under this ordering document, per the terms of this ordering document and the agreement.

### 4  Customer Support Identification Numbers (CSIs)
The end user would like the program licenses included in this ordering document to be added to the end user's existing CSI #

enter CSI#

### 5. Technical Support
Under the terms of the agreement, if you are distributing first year technical support to the end user identified on page one of this ordering document, you are required to inform the end user of the amount of the annual technical support fees for the second year of technical support if the end user decides to purchase such technical support from Oracle.  The amounts that you have communicated to the end user for the technical support fees for the second year of technical support are as follows:

| | |
|---|---|
| List Software Update License & Support Fees: | $ . |
| Total List Technical Support Fees. | $ . |
| Discount %: | 0% |
| Total Net Fees for 2nd Year Support: | $ . |

### 6  Delivery and Installation

**a. The end user elects to receive the programs via electronic download.**
Oracle has made available to you for electronic download at the electronic delivery web site located at the following Internet URL. http://edelivery.oracle.com the programs listed in section A  Through the Internet URL, you or the end user can access and electronically download to your location the current production release as of the effective date below of the software and related program documentation for each program listed in section A  Provided that the end user have continuously maintained technical support for the programs listed in section A, the end user may continue to download the software and related program documentation for the programs listed in section A.  Please be advised that not all programs are available on all hardware/operating system combinations  For current program availability please check the electronic delivery web site specified above. You and the end user acknowledge that Oracle is under no further delivery obligation under this ordering document, electronic download or otherwise. You or the the end user shall be responsible for installation of the software

**b. The end user has been delivered the programs previously.**
Oracle has no delivery obligation under this ordering document. You and the end user acknowledge that Oracle has delivered to your location or the end user's location 1 copy of the software media and 1 set of program documentation (in the form generally available) for each program listed in section A  You or the end user shall be responsible for installation of the software.

THIS DOCUMENT IS FOR REVIEW PURPOSES ONLY AND IS NOT EXECUTABLE

c. The end user elects the program via electronic download and an additional copy of the programs via shipment of the media pack(s) listed in the Delivery Options.

Oracle has made available to you or the end user for electronic download at the electronic delivery web site located at the following Internet URL: http://edelivery.oracle.com the programs listed in section A. Through the Internet URL, you or the end user can access and electronically download to your location the software and related documentation for each program listed in section A. Provided that the end user have continuously maintained technical support for the programs listed in section A, the end user may continue to download the software and related program documentation for the programs listed in section A. Please be advised that not all programs are available on all hardware/operating system combinations. For current program availability please check the electronic delivery web site. Oracle will deliver the tangible media on the particular hardware/operating system combination(s) listed in section A to the address specified by media pack consists of 1 copy of the software media and 1 set of program documentation (in the form generally available) for each program included in the media pack. You agree to pay applicable media and shipping charges. The applicable shipping terms for the delivery of tangible media are: FCA Shipping Point, Prepaid, and Add. You and the end user acknowledge that Oracle's delivery obligation under this ordering document is met by the provision of the electronic delivery web site URL. You or the end user shall be responsible for installation of the software.

d. The end user elects to receive the programs only via shipment of the media(s) listed in section A.

For all the programs listed in section A, Oracle will deliver the tangible media on the particular hardware/operating system combination requested by you and to the address specified by you on your purchasing document or when your purchasing document does not indicate a ship to address, the location specified on page 1 of this ordering document. Each media pack consists of 1 copy of the software media and 1 set of program documentation (in the form generally available) for each program included in the media pack. You agree to pay applicable media and shipping charges. The applicable shipping terms for the delivery of tangible media are: FCA Shipping Point, Prepaid, and Add. You or the end user shall be responsible for installation of the software.

7  Learning Credits Terms and Conditions.

If you are ordering learning credits under this ordering document for distribution to the end user, the following terms and conditions apply. All learning credits ordered are non-cancelable and fees paid for learning credits are nonrefundable. No shipment is required with an order for learning credits.

In addition, the following terms have been communicated to the end user:

Upon receiving this order and payment, Oracle University will email the end user its specific account number. Learning credits may be used by the end user to acquire education products and services offered in the Oracle University online catalogue posted at www.oracle.com/education under the terms specified therein. Learning credits may only be used by the end user to acquire products and services at the list price in effect at the time such end user orders the relevant product or service, and may not be used for any product or service that is subject to a discount or a promotion when such end user orders the relevant product or service. The list price will be reduced by applying the discount specified above for the learning credits. Notwithstanding anything to the contrary in the previous three sentences, learning credits may also be used to pay taxes, materials and/or expenses related to the end user's order, however, the discount specified above will not be applied to such taxes, materials and/or expenses.

Learning credits are valid for a period of 12 months from the date this order is accepted by Oracle, and the end user must acquire products and must use any acquired services prior to the end of such period. The end user may only use learning credits in the country in which you acquired them under this order, may not use them as a payment method for additional learning credits, and may not use different learning credits accounts to acquire a single product or service or to pay related taxes, materials and/or expenses. Learning credits are non-transferable and non-assignable. The end user may be required to execute standard Oracle

8  Source Code

Oracle may deliver source code as part of its standard delivery for particular programs; all source code delivered by Oracle is subject to the terms of the agreement, ordering document and program documentation.

9. Trial Licenses

Additional programs may be included with the end user's order which end user may use for trial purposes only. End user shall have 30 days from the delivery date to evaluate these programs. Any use of these programs after the 30 day trial period shall require end user to obtain the applicable license. Programs licensed for trial purposes are provided "as is" and Oracle does not provide technical support or any warranties of any kind for these programs.

10. Segmentation

The program licenses you have ordered provided in this ordering document for distribution to the end user are offered separately from any other proposal for consulting services the end user may receive or have received from Oracle and do not require the end user to purchase Oracle consulting services.

11. Order of Precedence

In the event of any inconsistencies between the partner agreement and this ordering document, this ordering document shall take precedence. This ordering document will control over the terms contained in any partner purchase order or non-Oracle ordering document.

12. Ethical Business Practices

You acknowledge and agree that you and your owners, directors, officers, employees or agents have not, and will not, make or promise to make corrupt payments of money or anything of value, directly or indirectly, to any government or public international organization officials, political parties, or candidates for political office, or employee of a commercial customer or supplier, for the purpose of obtaining or retaining business or securing any improper advantage. You agree to accurately document all transactions related to the agreement and this order in your financial books, records, statements, and in reports or other documents provided to Oracle. You agree to comply with the terms of the Oracle Partner Code of Conduct and Business Ethics, which is available at http://partner.oracle.com (log in, select Membership / Agreements & Policies). The handling and disbursement of funds related to an Oracle transaction must be pursuant to a duly authorized Oracle written contract with clearly defined procedures. No undisclosed or unrecorded fund or asset related to any Oracle transaction may be established or maintained for any purpose. You agree that any violation of this section constitutes just cause for the immediate termination by liability to you. You will also indemnify and hold Oracle, Oracle Corporation, and subsidiaries, parents and affiliates harmless from any claims, losses and liabilities resulting from any breach of any of your obligations under this section. The obligations under this section shall survive the termination or expiration of the agreement.

THIS DOCUMENT IS FOR REVIEW PURPOSES ONLY AND IS NOT EXECUTABLE

### 13 End User License Agreement

Notwithstanding anything to the contrary in the agreement, upon request from Oracle, you agree to submit to Oracle a copy of the end user license agreement related to this order and any ordering documents, purchase agreements and other documents between you and the end user that together with the end user license agreement form the complete end user contract related to this order.

By signing below, we each agree that the agreement and this ordering document constitute the entire agreement between the parties with regard to the subject matter herein and as such, no other preprinted, non-negotiated or other terms and conditions, on the partner's or end user's purchase order or elsewhere, shall apply. This order is placed subject to the terms of the agreement. By placing this order, you confirm that you have entered into a completed order that references and incorporates the terms of a valid end user license agreement with the end user identified on page one of this ordering document and that this order will not be materially changed in any manner that will affect Oracle after your submission of this order to Oracle.

You acknowledge that your actions of completing this form and submitting it electronically constitute your execution of this ordering document and agreement to its terms.

Your signature date, or electronic submission date, will be the effective date of this ordering document.

Signature: **PARTNER** _[signature]_

Name: Michael Mai

Title: Managing Partner

Signature Date: 8/26/2009

**Delivery Options** (please select one of the options below)
Electronic download may not be available in yours or the end user's country, or for certain programs. Please check http://partner.oracle.com (log in, select Membership / Agreements & Policies) for availability prior to selecting a delivery option.

_X_ The end user has been delivered the programs previously (and no further delivery is required, electronic or otherwise).
___ The end user elects to receive the programs via electronic download and an additional copy of the programs via shipment of the media pack(s) listed in section A.
___ The end user elects to receive the programs only via shipment of the media pack(s) listed in section A.

**B. GENERAL TERMS**

**1. Commencement Date**
All program licenses and the period of performance for all services are effective upon shipment of tangible media or upon the effective date of this ordering document if shipment of tangible media is not required

**2. Territory**
You have ordered program licenses and services described in section A for distribution to the end user for use in the United States, unless otherwise specified.

**3. Fees, Invoicing and Payment Obligation**
a. All fees due under this ordering document shall be non-cancellable and the sums paid nonrefundable, except as provided in the agreement.

b. License and services fees are invoiced as of the commencement date. Service fees are invoiced in arrears of the service performance; specifically, technical support fees are invoiced quarterly in arrears.

c. In addition to the fees listed in section A, Oracle will invoice you for any applicable shipping charges or applicable taxes.

d. In entering into payment obligations under this ordering document, you agree and acknowledge that you and the end user have not relied on the future availability of any program or updates. However, (a) if you order technical support for programs licensed under this ordering document, the preceding sentence does not relieve Oracle of its obligation to provide such technical support under this ordering document, if-and-when available, in accordance with Oracle's then current technical support policies, and (b) the preceding sentence does not change the rights granted to you for any program licensed under this ordering document, per the terms of this ordering document and the agreement.

**4. Customer Support Identification Numbers (CSIs)**
The end user would like the program licenses included in this ordering document to be added to the end user's existing CSI #:

enter CSI#  _____

**5. Technical Support**
Under the terms of the agreement, if you are distributing first year technical support to the end user identified on page one of this ordering document, you are required to inform the end user of the amount of the annual technical support fees for the second year of technical support if the end user decides to purchase such technical support from Oracle. The amounts that you have communicated to the end user for the technical support fees for the second year of technical support are as follows:

| List Software Update License & Support Fees: | | |
|---|---|---|
| Total List Technical Support Fees: | | |
| Discount %: | | |
| Total Net Fees for 2nd Year Support: | | 178,015 |

**6. Delivery and Installation**

a. The end user has been delivered the programs previously
Oracle has no delivery obligation under this ordering document. You and the end user acknowledge that Oracle has delivered to your location or the end user's location 1 copy of the software media and 1 set of program documentation (in the form generally available) for each program listed in section A. You or the end user shall be responsible for installation of the software.

b. The end user elects the program via electronic download and an additional copy of the programs via shipment of the media pack(s) listed in the Delivery Options.
Oracle has made available to you or the end user for electronic download at the electronic delivery web site located at the following Internet URL: http://edelivery.oracle.com the programs listed in section A. Through the Internet URL, you or the end user can access and electronically download to your location the software and related documentation for each program listed in section A. Provided that the end user have continuously maintained technical support for the programs listed in section A, the end user may continue to download the software and related program documentation for the programs listed in section A. Please be advised that not all programs are available on all hardware/operating system combinations. For current program availability please check the electronic delivery web site. Oracle will deliver the tangible media on the particular hardware/operating system combination(s) listed in section A to the address specified by you on your purchasing document or when your purchasing document does not indicate a ship to address, the location

document. Each media pack consists of 1 copy of the software media and 1 set of program documentation (in the form generally available) for each program included in the media pack. You agree to pay applicable media and shipping charges. The applicable shipping terms for the delivery of tangible media are: FCA Shipping Point, Prepaid, and Add. You and the end user acknowledge that Oracle's delivery obligation under this ordering document is met by the provision of the electronic delivery web site URL. You or the end user shall be responsible for installation of the software.

c. The end user elects to receive the programs only via shipment of the media(s) listed in section A.
For all the programs listed in section A, Oracle will deliver the tangible media on the particular hardware/operating system combination requested by you and to the address specified by you on your purchasing document or when your purchasing document does not indicate a ship to address, the location specified on page 1 of this ordering document. Each media pack consists of 1 copy of the software media and 1 set of program documentation (in the form generally available) for each program included in the media pack. You agree to pay applicable media and shipping charges. The applicable shipping terms for the delivery of tangible media are: FCA Shipping Point, Prepaid, and Add. You or the end user shall be responsible for installation of the software.

7. Source Code
Oracle may deliver source code as part of its standard delivery for particular programs; all source code delivered by Oracle is subject to the terms of the agreement, ordering document and program documentation.

8. Trial Licenses
Additional programs may be included with the end user's order which end user may use for trial purposes only. End user shall have 30 days from the delivery date to evaluate these programs. Any use of these programs after the 30 day trial period shall require end user to obtain the applicable license. Programs licensed for trial purposes are provided "as is" and Oracle does not provide technical support or any warranties of any kind for these programs.

9. Segmentation
The program licenses you have ordered provided in this ordering document for distribution to the end user are offered separately from any other proposal for consulting services the end user may receive or have received from Oracle and do not require the end user to purchase Oracle consulting services.

10. Order of Precedence
In the event of any inconsistencies between the partner agreement and this ordering document, this ordering document shall take precedence. This ordering document will control over the terms contained in any partner purchase order or non-Oracle ordering document.

11. Ethical Business Practices
You acknowledge and agree that you and your owners, directors, officers, employees or agents have not, and will not, make or promise to make corrupt payments of money or anything of value, directly or indirectly, to any government or public international organization officials, political parties, or candidates for political office, or employee of a commercial customer or supplier for the purpose of obtaining or retaining business or securing any improper advantage. You agree to accurately document all transactions related to the agreement and this order in your financial books, records, statements, and in reports or other documents provided to Oracle. You agree to comply with the terms of the Oracle Partner Code of Conduct and Business Ethics, which is available at http://partner.oracle.com (log in, select Membership / Agreements & Policies). The handling and disbursement of funds related to an Oracle transaction must be pursuant to a duly authorized Oracle written contract with clearly defined procedures. No undisclosed or unrecorded fund or asset related to any Oracle transaction may be established or maintained for any purpose. You agree that any violation of this section is

the agreement without any liability to you. You will also indemnify and hold Oracle, Oracle Corporation, and subsidiaries, parents and affiliates harmless from any claims, losses and liabilities resulting from any breach of any of your obligations under this section. The obligations under this section shall survive the termination or expiration of the agreement.

12. **End User License Agreement**

Notwithstanding anything to the contrary in the agreement, upon request from Oracle, you agree to submit to Oracle a copy of the end user license agreement related to this order and any ordering documents, purchase agreements and other documents between you and the end user that together with the end user license agreement form the complete end user contract related to this order.

By signing below, we each agree that the agreement and this ordering document constitute the entire agreement between the parties with regard to the subject matter herein and as such, no other preprinted, non-negotiated or other terms and conditions, on the partner's or end user's purchase order or elsewhere, shall apply. This order is placed subject to the terms of the agreement. By placing this order, you confirm that you have entered into a completed order that references and incorporates the terms of a valid end user license agreement with the end user identified on page one of this ordering document and that this order will not be materially changed in any manner that will affect Oracle after your submission of this order to Oracle.

You acknowledge that your actions of completing this form and submitting it electronically constitute your execution of this ordering document and agreement to its terms.

Your signature date, or electronic submission date, will be the effective date of this ordering document.

Signature: [signature] PARTNER

Name: Quin Rudin

Title: Managing Partner

Signature Date: 8/28/2009

# EXHIBIT F

# PURCHASE ORDER

**Certus Solutions Inc**

P.O. # 20301
DATE: AUGUST 31, 2009

c/o Dearborne Circle LLC

Huntington Beach, CA 92648
Phone 714-878-5015 Fax 714-625-8503
ramai@dearbornellc.com

**VENDOR** Oracle Corporation
10 Twin Dolphin Drive
Redwood Shores, CA 94065

**SHIP TO** Certus Solutions Inc
c/o Dearborne Circle LLC

Huntington Beach, CA 92648

| SHIPPING METHOD | SHIPPING TERMS | DELIVERY DATE |
|---|---|---|
| eDelivery | Net 30 | 09/04/2009 |

| QTY | ITEM # | DESCRIPTION | METRIC | UNIT PRICE | LINE TOTAL |
|---|---|---|---|---|---|
| 25 | P/N: A90622 | Oracle Advanced Security Option to DBEE | Processor | ▬▬▬ | ▬▬▬ |
| 25 | P/N: L50295 | Oracle DataMasking Pack Option to DBEE | Processor | ▬▬▬ | ▬▬▬ |
| 25 | P/N: L27158 | Database Vault Option to DBEE | Processor | ▬▬▬ | ▬▬▬ |
| 4 | P/N: L38978 | Oracle Weblogic Enterprise Edition | Processor | ▬▬▬ | ▬▬▬ |
| 2500 | P/N: L38612 | Oracle Identity Manager | Employees | ▬▬▬ | ▬▬▬ |
| | ......-...... | Identity Manager Connectors | | | |
| 1 | P/N: L26547 | Database Applications Table (covers both Microsoft and Oracle Data Bases); | Connector | ▬▬▬ | ▬▬▬ |
| 1 | P/N: L26507 | Database User Management (covers both Microsoft and Oracle Data Bases); | Connector | ▬▬▬ | ▬▬▬ |
| 1 | P/N: L17784 | Active Directory; | Connector | ▬▬▬ | ▬▬▬ |
| 1 | P/N: L17848 | Microsoft Exchange; | Connector | ▬▬▬ | ▬▬▬ |
| 1 | P/N: L17792 | Oracle Internet Directory; | Connector | ▬▬▬ | ▬▬▬ |
| 1 | P/N: L26523 | Oracle E-Business; | Connector | ▬▬▬ | ▬▬▬ |
| 1 | P/N: L17896 | RSA Authentication Manager; | Connector | ▬▬▬ | ▬▬▬ |
| 1 | P/N: L26515 | UNIX; | Connector | ▬▬▬ | ▬▬▬ |
| 1 | P/N: L17856 | Microsoft Windows (systems hosting) | Connector | ▬▬▬ | ▬▬▬ |
| 1 | | Software Update License & Support | Annual | ▬▬▬ | ▬▬▬ |

| | SUBTOTAL | $874,996.20 |
|---|---|---|
| | SALES TAX | 0 |
| | TOTAL | $874,996.20 |

# ORACLE

**Enabling the Information Age™**

## INVOICE

Federal Tax ID: ▮▮▮▮

| | |
|---|---|
| INVOICE NUMBER | 2405358 |
| INVOICE DATE | 21-Oct-2009 |
| YOUR P.O. NUMBER | 20301 |
| PAYMENT TERMS | 30 NET |
| DUE DATE | 20-Nov-2009 |

**BILL TO:**
Certus Solutions, Inc.
Michael Mai
C/o Dearborne Circle LLC
▮▮▮▮
Huntington Beach, CA 92648
UNITED STATES

**PAYMENT INSTRUCTIONS:**

| REFERENCE | 2405358 | ON YOUR REMITTANCE |
|---|---|---|
| MAIL CHECKS TO: | | Oracle USA, Inc.<br>PO BOX 44471<br>SAN FRANCISCO CA<br>94144-4471 |
| WIRE TRANSFERS TO: | | WELLS FARGO BANK<br>ABA ▮▮▮▮<br>ACCT ▮▮▮▮ |

**SHIP TO:**
PENSION BENEFIT GUARANTY
CORPORATION
Noel Briscoe
1200 K St NW  (Alley Entrance)
Receiving Room
PBGC01-DO-08-0201
WASHINGTON, DC  20005
UNITED STATES

FOR BILLING QUESTIONS, CALL COLLECTIONS CENTER (888) 803-7414

| ORACLE SALESPERSON | ORACLE ORDER NUMBER | CUSTOMER CONTACT | END USER |
|---|---|---|---|
| Dilldine, Deborah L (Debbie) | 8441977 | Michael Mai | PENSION BENEFIT GUARANTY CORPORATION |

| ITEM NO. | DESCRIPTION | QTY/ NO. OF USERS | TAX | EXTENDED AMOUNT |
|---|---|---|---|---|
| 1 | Database Vault - Processor Perpetual | 25 | Y | ▮▮▮▮ |
| 2 | Advanced Security - Processor Perpetual | 25 | Y | ▮▮▮▮ |
| 3 | Identity Manager Connector - Microsoft Exchange - Connector Perpetual | 1 | Y | ▮▮▮▮ |
| 4 | Identity Manager Connector - Oracle E-Business - Connector Perpetual | 1 | Y | ▮▮▮▮ |

| SPECIAL INSTRUCTIONS: | SUBTOTAL | TAX | SHIPPING/ HANDLING | TOTAL(USD) |
|---|---|---|---|---|
| | 717,210.00 | 43,032.65 | 0.00 | 760,242.65 |
| | Less payments | | | 0.00 |
| | Credits/Adjustments | | | 0.00 |
| | Outstanding Balance as of 28-Jan-2010 | | | 760,242.65 |

**ORACLE**

Enabling the Information Age™

# INVOICE

Federal Tax ID: 

| INVOICE NUMBER | 2405358 |
|---|---|
| INVOICE DATE | 21-Oct-2009 |
| YOUR P.O. NUMBER | 20301 |
| PAYMENT TERMS | 30 NET |
| DUE DATE | 20-Nov-2009 |

| | | | | |
|---|---|---|---|---|
| 5 | Oracle Data Masking Pack - Processor Perpetual | 25 | Y | |
| 6 | Identity Manager Connector - Database Applications Table - Connector Perpetual | 1 | Y | |
| 7 | Identity Manager Connector - Microsoft Active Directory - Connector Perpetual | 1 | Y | |
| 8 | Identity Manager Connector - RSA Authentication Manager - Connector Perpetual | 1 | Y | |
| 9 | Internet Application Server Enterprise Edition - Processor Perpetual | 4 | Y | |
| 10 | Identity Manager Connector - Microsoft Windows - Connector Perpetual | 1 | Y | |
| 11 | Identity Manager Connector - Database User Management - Connector Perpetual | 1 | Y | |
| 12 | Identity Manager - Employee User Perpetual | 2500 | Y | |
| 13 | Identity Manager Connector - Oracle Internet Directory - Connector Perpetual | 1 | Y | |
| 14 | Identity Manager Connector - UNIX - Connector Perpetual | 1 | Y | |

| SPECIAL INSTRUCTIONS: | SUBTOTAL | TAX | SHIPPING/ HANDLING | TOTAL(USD) |
|---|---|---|---|---|
| | 717,210.00 | 43,032.65 | 0.00 | 760,242.65 |
| | Less payments | | | 0.00 |
| | Credits/Adjustments | | | 0.00 |
| | Outstanding Balance as of 28-Jan-2010 | | | 760,242.65 |



Page 1 of 2

# ORACLE®

Enabling the Information Age™

# INVOICE

Federal Tax ID: ▮▮▮▮▮

| INVOICE NUMBER | 2405359-1 |
|---|---|
| INVOICE DATE | 21-Oct-2009 |
| YOUR P.O. NUMBER | 20301 |
| PAYMENT TERMS | QTR ARR SUPPORT |
| DUE DATE | 19-Jan-2010 |

**BILL TO:**
Certus Solutions, Inc.
Michael Mai
C/o Dearborne Circle LLC
▮▮▮▮▮▮▮▮▮
Huntington Beach, CA 92648
UNITED STATES

**PAYMENT INSTRUCTIONS:**

| REFERENCE | 2405359-1 | ON YOUR REMITTANCE |
|---|---|---|
| MAIL CHECKS TO: | | Oracle USA, Inc.<br>PO BOX 44471<br>SAN FRANCISCO CA<br>94144-4471 |
| WIRE TRANSFERS TO: | | WELLS FARGO BANK<br>ABA ▮▮▮▮▮<br>ACCT ▮▮▮▮▮ |

**SHIP TO:**
PENSION BENEFIT GUARANTY
CORPORATION
Noel Briscoe
1200 K St NW   (Alley Entrance)
Receiving Room
PBGC01-DO-08-0201
WASHINGTON, DC  20005
UNITED STATES

FOR BILLING QUESTIONS, CALL COLLECTIONS CENTER  (888) 803-7414

| ORACLE SALESPERSON | ORACLE ORDER NUMBER | CUSTOMER CONTACT | END USER |
|---|---|---|---|
| Dildine, Deborah L (Debbie) | 8441977 | Michael Mai | PENSION BENEFIT GUARANTY CORPORATION |

| ITEM NO. | DESCRIPTION | QTY/ NO. OF USERS | TAX | EXTENDED AMOUNT |
|---|---|---|---|---|
| 1 | Software Update License & Support - I Advanced Security - Processor Perpetual: 28-AUG-09 - 27-AUG-10 | 25 | Y | ▮▮▮▮ |
| 2 | Software Update License & Support - I Database Vault - Processor Perpetual: 28-AUG-09 - 27-AUG-10 | 25 | Y | ▮▮▮▮ |
| 3 | Software Update License & Support - I Identity Manager - Employee User Perpetual: 28-AUG-09 - 27-AUG-10 | 2500 | Y | ▮▮▮▮ |
| 4 | Software Update License & Support - I Identity Manager Connector - Database User Management - Connector Perpetual: 28-AUG-09 - 27-AUG-10 | 1 | Y | ▮▮▮▮ |

| SPECIAL INSTRUCTIONS: | SUBTOTAL | TAX | SHIPPING/ HANDLING | TOTAL(USD) |
|---|---|---|---|---|
| | 39,446.55 | 2,366.80 | 0.00 | 41,813.35 |
| | Less payments | | | 0.00 |
| | Credits/Adjustments | | | 0.00 |
| | Outstanding Balance as of 28-Jan-2010 | | | 41,813.35 |



**Enabling the Information Age™**

# INVOICE

Federal Tax ID: ▊▊▊▊

| INVOICE NUMBER | 2405359-1 |
|---|---|
| INVOICE DATE | 21-Oct-2009 |
| YOUR P.O. NUMBER | 20301 |
| PAYMENT TERMS | QTR ARR SUPPORT |
| DUE DATE | 19-Jan-2010 |

| | | | | |
|---|---|---|---|---|
| 5 | Software Update License & Support - 1 Identity Manager Connector - Oracle E-Business - Connector Perpetual: 28-AUG-09 - 27-AUG-10 | 1 | Y | ▊ |
| 6 | Software Update License & Support - 1 Identity Manager Connector - Microsoft Active Directory - Connector Perpetual: 28-AUG-09 - 27-AUG-10 | 1 | Y | ▊ |
| 7 | Software Update License & Support - 1 Identity Manager Connector - Oracle Internet Directory - Connector Perpetual: 28-AUG-09 - 27-AUG-10 | 1 | Y | ▊ |
| 8 | Software Update License & Support - 1 Identity Manager Connector - Microsoft Windows - Connector Perpetual: 28-AUG-09 - 27-AUG-10 | 1 | Y | ▊ |
| 9 | Software Update License & Support - 1 Internet Application Server Enterprise Edition - Processor Perpetual: 28-AUG-09 - 27-AUG-10 | 4 | Y | ▊ |
| 10 | Software Update License & Support - 1 Identity Manager Connector - Microsoft Exchange - Connector Perpetual: 28-AUG-09 - 27-AUG-10 | 1 | Y | ▊ |
| 11 | Software Update License & Support - 1 Oracle Data Masking Pack - Processor Perpetual: 28-AUG-09 - 27-AUG-10 | 25 | Y | ▊ |
| 12 | Software Update License & Support - 1 Identity Manager Connector - Database Applications Table - Connector Perpetual: 28-AUG-09 - 27-AUG-10 | 1 | Y | ▊ |
| 13 | Software Update License & Support - 1 Identity Manager Connector - UNIX - Connector Perpetual: 28-AUG-09 - 27-AUG-10 | 1 | Y | ▊ |
| 14 | Software Update License & Support - 1 Identity Manager Connector - RSA Authentication Manager - Connector Perpetual: 28-AUG-09 - 27-AUG-10 | 1 | Y | ▊ |

| SPECIAL INSTRUCTIONS: | SUBTOTAL | TAX | SHIPPING/HANDLING | TOTAL(USD) |
|---|---|---|---|---|
| | 39,446.55 | 2,366.80 | 0.00 | 41,813.35 |
| | Less payments | | | 0.00 |
| | Credits/Adjustments | | | 0.00 |
| | Outstanding Balance as of 28-Jan-2010 | | | 41,813.35 |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge David O. Carter and the assigned discovery Magistrate Judge is Robert N. Block.

The case number on all documents filed with the Court should read as follows:

### SACV10- 1853 DOC (RNBx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

===================================================

### NOTICE TO COUNSEL

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| [ ] Western Division<br>312 N. Spring St., Rm. G-8<br>Los Angeles, CA 90012 | [X] Southern Division<br>411 West Fourth St., Rm. 1-053<br>Santa Ana, CA 92701-4516 | [ ] Eastern Division<br>3470 Twelfth St., Rm. 134<br>Riverside, CA 92501 |
|---|---|---|

Failure to file at the proper location will result in your documents being returned to you.

---

CV-18 (03/06)     NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

**I (a) PLAINTIFFS** (Check box if you are representing yourself ☐)
Oracle America, Inc. and Oracle Credit Corporation

**DEFENDANTS**
Quin Rudin, Michael Mai, Claude Kramer, III, Joshua Van Ginkel, David Cuevas, Mark Tiernan, Rick Rutherford, Certus Solutions, Inc., Cresh, Inc., Dearborne Circle, LLC, Certus Group of Companies, LLC, CGC Rhythm Partner K2 Information Services, Inc., and Alethea Group, LLC

**(b) Attorneys** (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)
Daryl Crone, Baker Marquart Crone & Hawxhurst, LLP, 10990 Wilshire Blvd., 4th Floor, Los Angeles, CA 90024, (424)652-7800

**Attorneys (If Known)**
Scott Wellman, Bimali Walgampaya, Wellman & Warren, LLP, 24411 Ridge Route, Suite 200, Laguna Hills, CA 92653, (949)580-3737 - Attorneys for Michael Mai, Claude Kramer, III and Dearborne Circle, LLC only.

**II. BASIS OF JURISDICTION** (Place an X in one box only.)
☐ 1 U.S. Government Plaintiff
☒ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)
☐ 1 Original Proceeding
☒ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify):
☐ 6 Multi-District Litigation
☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☒ Yes ☐ No (Check 'Yes' only if demanded in complaint.)
**CLASS ACTION under F.R.C.P. 23:** ☐ Yes ☒ No
☒ **MONEY DEMANDED IN COMPLAINT:** $ 1,000,000+

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
Violations of the Federal Racketeer Influenced and Corrupt Organizations Act

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 530 General | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | | | ☐ 535 Death Penalty | |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 540 Mandamus/ Other | |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | | ☐ 340 Marine | **BANKRUPTCY** | ☐ 550 Civil Rights | ☐ 740 Railway Labor Act |
| | ☐ 151 Medicare Act | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 555 Prison Condition | ☐ 790 Other Labor Litigation |
| ☐ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | **FORFEITURE / PENALTY** | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 490 Cable/Sat TV | | ☐ 355 Motor Vehicle Product Liability | | ☐ 610 Agriculture | **PROPERTY RIGHTS** |
| ☐ 810 Selective Service | | | **CIVIL RIGHTS** | ☐ 620 Other Food & Drug | ☐ 820 Copyrights |
| ☐ 850 Securities/Commodities/ Exchange | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 830 Patent |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 160 Stockholders' Suits | ☐ 362 Personal Injury-Med Malpractice | ☐ 442 Employment | | ☐ 840 Trademark |
| ☒ 890 Other Statutory Actions | ☐ 190 Other Contract | ☐ 365 Personal Injury-Product Liability | ☐ 443 Housing/Accommodations | | **SOCIAL SECURITY** |
| ☐ 891 Agricultural Act | ☐ 195 Contract Product Liability | | ☐ 444 Welfare | | ☐ 861 HIA (1395ff) |
| ☐ 892 Economic Stabilization Act | ☐ 196 Franchise | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 445 American with Disabilities - Employment | ☐ 630 Liquor Laws | ☐ 862 Black Lung (923) |
| ☐ 893 Environmental Matters | **REAL PROPERTY** | | | ☐ 640 R.R. & Truck | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 894 Energy Allocation Act | ☐ 210 Land Condemnation | | | ☐ 650 Airline Regs | ☐ 864 SSID Title XVI |
| ☐ 895 Freedom of Info. Act | ☐ 220 Foreclosure | **IMMIGRATION** | ☐ 446 American with Disabilities - Other | ☐ 660 Occupational Safety /Health | ☐ 865 RSI (405(g)) |
| ☐ 900 Appeal of Fee Determination Under Equal Access to Justice | ☐ 230 Rent Lease & Ejectment | ☐ 462 Naturalization Application | | ☐ 690 Other | **FEDERAL TAX SUITS** |
| | ☐ 240 Torts to Land | | ☐ 440 Other Civil Rights | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| | ☐ 245 Tort Product Liability | ☐ 463 Habeas Corpus-Alien Detainee | | | |
| ☐ 950 Constitutionality of State Statutes | ☐ 290 All Other Real Property | ☐ 465 Other Immigration Actions | | | ☐ 871 IRS-Third Party 26 USC 7609 |

**FOR OFFICE USE ONLY:** Case Number: **SACV10-01853 DOC (RNBx)**

AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.

CV-71 (05/08)                                         CIVIL COVER SHEET                                         Page 1 of 2

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☑ No  ☐ Yes
If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☑ No  ☐ Yes
If yes, list case number(s): _____

Civil cases are deemed related if a previously filed case and the present case:
(Check all boxes that apply)   ☐ A. Arise from the same or closely related transactions, happenings, or events; or
☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or
☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
☐ D. Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named plaintiff resides.
☐ Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
|  | San Mateo County |

(b) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named defendant resides.
☐ Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Orange County | Washington State, Alameda County |

(c) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH claim arose.
Note: In land condemnation cases, use the location of the tract of land involved.

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Orange County |  |

* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties
Note: In land condemnation cases, use the location of the tract of land involved

**X. SIGNATURE OF ATTORNEY (OR PRO PER):** _____   Date December 3, 2010

Notice to Counsel/Parties: The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |