**BY FAX**

*FOR OFFICE USE ONLY*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Oracle America Inc, a corporation

PLAINTIFF(S)

CASE NUMBER

SACV10-1853 DOC (RNB)

v.

Quid Rudin, an individual

(see Attachment)   DEFENDANT(S).

**SUMMONS**

TO:   DEFENDANT(S): _____

A lawsuit has been filed against you.

    Within 21_____ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☒ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, Daryl M. Crone_____ , whose address is Baker Marquart Crone & Hawxhurst, LLP, 10990 Wilshire Blvd., 4th Floor, Los Angeles, CA 90024_____ . If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Clerk, U.S. District Court

Dated: December 9, 2010         By: _____ N. Bo_____

*FOR OFFICE USE ONLY*

Deputy Clerk

(Seal of the Court)

1144

[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)].

**and ORACLE CREDIT CORPORATION, a corporation,**

Plaintiffs,

v.

**MICHAEL MAI, an individual; CLAUDE KRAMER III, an individual; JOSHUA VAN GINKEL, an individual; DAVID CUEVAS, an individual; MARK TIERNAN, an individual; RICK RUTHERFORD, an individual; CERTUS SOLUTIONS, INC. (a/k/a CERTUS, INC.), a corporation; CRESH, INC. (a/k/a CRESH GROUP), a corporation; DEARBORNE CIRCLE, LLC, a limited liability company; CERTUS GROUP OF COMPANIES, LLC (a/k/a CGC GROUP), a limited liability company; CGC RHYTHM PARTNERS LLC, a limited liability company; K2 INFORMATION SERVICES, INC., a corporation; ALETHEA GROUP, LLC (a/k/a ALETHEA LLC), a limited liability company; and DOES 1-20,**