GREGORY R. OXFORD (S.B. #62333)
goxford@icclawfirm.com
ISAACS CLOUSE CROSE & OXFORD LLP
21515 Hawthorne Boulevard, Suite 950
Torrance, California 90503
Telephone:   (310) 316-1990
Facsimile:    (310) 316-1330

Attorneys for Defendants
Mark S. Tiernan and Alethea Group, LLC

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC., a corporation; and ORACLE CREDIT CORPORATION, a corporation, | Case No. SACV 10-01853 DOC (RBNx) |
| Plaintiffs, | **DISCLOSURE STATEMENT [CIV.L.R. 7.1]** |
| vs. | |
| QUIN RUDIN, an individual; MICHAEL MAI, an individual; CLAUDE KRAMER III, an individual; JOSHUA VAN GINKEL, an individual; DAVID CUEVAS, an individual; MARK S. TIERNAN, an individual; RICK RUTHERFORD, an individual; CERTUS SOLUTIONS, INC. (a/k/a CERTUS, INC.), a corporation; CRESH, INC. (a/k/a CRESH GROUP), a corporation; DEARBORNE CIRCLE, LLC, a limited liability company; CERTUS GROUP OF COMPANIES, LLC (a/k/a CGC GROUP), a limited liability company; CGC RHYTHM PARTNERS, LLC, a limited liability company; K2 INFORMATION SERVICES, INC., a corporation; ALETHEA GROUP, LLC (a/k/a ALETHEA, LLC), a limited liability company; and DOES 1-20, | |
| Defendants. | |

1    The undersigned, counsel of record for defendants Mark S. Tiernan and

2  Alethea Group, LLC, certifies that the following listed party (or parties) may have a

3  pecuniary interest in the outcome of this case.  These representations are made to

4  enable the Court to evaluate possible disqualification or recusal.

5    Aegis Group, Inc. (owned a more than ten percent interest in defendant

6  Alethea Group, LLC before Alethea Group, LLC voluntarily ceased doing business

7  pursuant to a filing with the Secretary of State of the State of Washington on July

8  12, 2010)

9    Law Enforcement Support Agency, Tacoma, Washington (owned a more

10  than eighty percent interest in defendant Alethea Group, LLC before Alethea

11  Group, LLC voluntarily ceased doing business pursuant to a filing with the

12  Secretary of State of the State of Washington on July 12, 2010).

13
14  Dated:  January 18, 2011          GREGORY R. OXFORD
                                      ISAACS CLOUSE CROSE & OXFORD LLP

15
16
17                                    By:  *[s] Gregory R. Oxford*
18                                    Gregory R. Oxford
                                      Attorneys for Defendants
19                                    Mark S. Tiernan and Alethea Group, LLC
20
21
22
23
24
25
26
27
28