SACV 10-1853 - 08/30/2012 - THURSDAY

1 **UNITED STATES DISTRICT COURT**

2 **CENTRAL DISTRICT OF CALIFORNIA**

3 **HONORABLE DAVID O. CARTER, JUDGE PRESIDING**

4 # CERTIFIED TRANSCRIPT

5 - - - - - - -

6 ORACLE AMERICA, INC., )
    )
7         Plaintiff(s), )
    )
8     vs. ) No. SACV 10-1853
    )     THURSDAY
9 QUIN RUDIN, ET AL, )
    )
10        Defendant(s). )
   _____)

11

12

13

14         REPORTER'S TRANSCRIPT OF PROCEEDINGS

15              SANTA Anna, California

16            THURSDAY, AUGUST 30, 2012

17

18

*Maria Beesley-Dellaneve, RPR, CSR* 9132
19 *Official Federal Reporter*
*Ronald Reagan Federal Building, room 1-053*
20 *411 West 4th Street*
*Santa Anna, California 92701*
21 *(714) 564-9259*

22

23

24 2012-08-30

25

SACV 10-1853 - 08/30/2012 - THURSDAY

1 **APPEARANCES OF COUNSEL:**

2 FOR THE PLAINTIFF(S): CRONE HAWXHURST LLP
BY: DARYL M. CRONE, ESQ.
3 JOSHUA GELBART, ESQ.
ANDREW TEMKIN, ESQ.
4 10880 WILSHIRE BLVD.
SUITE 1150
5 LOS ANGELES, CALIFORNIA 90024
310-893-5150
6

7 FOR THE DEFENDANT: RAMP & ASSOCIATES
BY: JOHN J. RAMP, ESQ.
8 7755 CENTER AVENUE
SUITE 1100
9 HUNTINGTON BEACH, CALIFORNIA 92646
714-372-2292
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
                1        SANTA Anna, CALIFORNIA, THURSDAY, AUGUST 30, 2012

                2                              THURSDAY

                3                               (8:44)

08:44           4            THE COURT:  Counsel, in the next matter I want to have

08:45           5   the jury sent up in just a moment.

08:45           6            If you would come forward in Oracle America versus Quin

08:45           7   Rudin, please.  Be seated.

08:45           8            Counsel, if you would like to write out a one-paragraph

08:45           9   statement about what this case is about so I can tell the jury in

08:45          10   your own words.

08:45          11            MR. RAMP:  Your Honor, on Tuesday I learned through

08:45          12   my -- I'm John Ramp.  I represent the defendants Michael Mai and

08:45          13   Dearborne Circle LLC.  On Tuesday I was notified by my client that

08:45          14   Dearborne, his company, and himself individually filed bankruptcy,

08:45          15   a Chapter 7 bankruptcy.  I notified plaintiff attorney and I

08:45          16   called up the Court.

08:46          17            THE COURT:  Right before trial they did this?

08:46          18            MR. RAMP:  I learned on Tuesday, Your Honor, and I

08:46          19   called on Tuesday and I left a message with the clerk's phone.

08:46          20            THE COURT:  Where is the bankruptcy filed?

08:46          21            MR. RAMP:  Santa Anna.

08:46          22            THE COURT:  Okay.  What court?  What judge?

08:46          23            MR. RAMP:  I'm not the bankruptcy attorney, Your Honor.

08:46          24   Mr. Mai has another attorney.

08:46          25            THE COURT:  What judge?  What court?
```

```
08:46  1              MR. RAMP:  The only thing I have is a transaction
08:46  2   received from the bank.  The attorney filed on the case.  That's
08:46  3   all I have.  I don't know what court it's in.  I can show the
08:46  4   court what I received from my client.
08:46  5              THE COURT:  Where is Mr. Mai?
08:46  6              MR. RAMP:  He believed, as he was informed by his
08:47  7   bankruptcy attorney, he didn't have to appear because he believed
08:47  8   this action was stayed.
08:47  9              THE COURT:  Get him here.
08:47 10              MR. RAMP:  I'll have to make a call, Your Honor.
08:47 11              THE COURT:  Make a call.
08:47 12              Counsel, if you would have a seat for just a moment.
08:47 13              I also represent to you I would work with you, and I
08:47 14   will.  I know the difficulty concerning a number of witnesses that
08:47 15   you have.  I have to get a jury today, though, and then we'll go
08:47 16   over it because I think you represented that you had a gentleman
08:47 17   who just wasn't available because of the business concerns of your
08:47 18   company.  So I took that into account.  But I can't have you the
08:47 19   following week because I'm starting such a lengthy trial that
08:47 20   unless I get your matter into trial, it's going to be a
08:47 21   significant period of time and that's really a detriment, I think,
08:47 22   to the parties that are involved.
08:47 23              Why don't you have a seat for just a moment, counsel.  I
08:48 24   do hope you have got some other witnesses you might be able to
08:48 25   present while we wait for that one critical witness that you said
```

```
08:48  1  was undergoing a week --
08:48  2          MR. CRONE:  Ms. Achey, I took the Court's comments to
08:48  3  heart.
08:48  4          THE COURT:  She was the exception or whoever was the
08:48  5  exception.  I didn't mean to impose upon you.
09:08  6              (Brief pause in proceedings.)
09:19  7          THE COURT:  We're on the record.
09:19  8          And counsel, would you make your appearance please.
09:19  9          MR. CRONE:  Daryl Crone as well as Joshua Gelbart.  And
09:19 10  with me also is Andrew Temkin for plaintiff Oracle.
09:19 11          MR. RAMP:  John Ramp for defendant Michael Mai and
09:19 12  Dearborne.
09:19 13          THE COURT:  Apparently you called the court on Tuesday,
09:19 14  counsel.  I'm going to have the clerk relay back the message she
09:19 15  told me she received.  We'll paraphrase it, but I'm going to save
09:19 16  the tape as well.
09:19 17          So Julie, would you speak into the microphone and inform
09:19 18  counsel of his message to the Court?
09:19 19          THE CLERK:  "Just found out that my client Michael Mai
09:19 20  filed bankruptcy protection.  Here is my number (714) 307-0130.
09:20 21  It would be nice to speak to someone in federal court.  I know you
09:20 22  people think you are all powerful and such or -- and all, but it
09:20 23  still would be nice.  I just wanted to give you notice, so there
09:20 24  this is my notice."
09:20 25          MR. RAMP:  Your Honor, my freedom of speech rights.  It
```

| | | |
|---|---|---|
| 09:20 | 1 | is my opinion that the federal court has power that I don't |
| 09:20 | 2 | experience in state court. |
| 09:20 | 3 |     THE COURT:  Thank you very much, counsel. |
| 09:20 | 4 |     I have no record of any filing.  I have no number.  I |
| 09:20 | 5 | have no judge.  How I do resolve that? |
| 09:20 | 6 |     MR. RAMP:  Your Honor, once again, I am not the |
| 09:20 | 7 | bankruptcy attorney.  Mr. Mai is on his way.  He will inform the |
| 09:20 | 8 | Court of that information. |
| 09:20 | 9 |     THE COURT:  I do have the power on the backside of this, |
| 09:21 | 10 | if this is a frivolous filing and found to be so by either the |
| 09:21 | 11 | bankruptcy court or this court, to impose sanctions.  You |
| 09:21 | 12 | understand that? |
| 09:21 | 13 |     MR. RAMP:  Yes, Your Honor. |
| 09:21 | 14 |     THE COURT:  Second, I do have the power to withdraw the |
| 09:21 | 15 | reference on this matter.  Do you also understand that?  I did |
| 09:21 | 16 | that in Anna Nicole Smith's case, and that reference was withdrawn |
| 09:21 | 17 | by this Court.  And I heard the matter as a bankruptcy judge.  Do |
| 09:21 | 18 | you understand that as well? |
| 09:21 | 19 |     MR. RAMP:  I do not understand that, Your Honor. |
| 09:21 | 20 |     THE COURT:  I'll inform you I have that power.  Third, |
| 09:21 | 21 | this is not counsel's money, in a sense.  This is a public court, |
| 09:21 | 22 | and this is taxpayer money.  So what we have is a jury at |
| 09:21 | 23 | taxpayer's expense in light of a message from counsel, which is |
| 09:22 | 24 | well-intentioned, let me make the record on your behalf, with no |
| 09:22 | 25 | other information that either you have asked for from your client |

```
09:22  1   or your client has given to you.  That puts the court in an
09:22  2   impossible position.
09:22  3              MR. RAMP:  Your Honor, this happened to me a couple
09:22  4   months ago in state court.
09:22  5              THE COURT:  This is not state court.  I spent 17 years
09:22  6   in state court.  This is not state court.
09:22  7              MR. RAMP:  And I felt injustice also.  We were prepared
09:22  8   to go to trial.  They did the same thing that I did.  Notified the
09:22  9   court their client was in bankruptcy.  We were ready to go to
09:22 10   trial.  We were prepared for trial.
09:22 11              THE COURT:  I don't think from this point forward that
09:22 12   regardless of how cautious I'm about to be, that there is any
09:22 13   reason that you, your client, and the other party, that plaintiff
09:22 14   should not be reporting to this Court literally on a daily basis.
09:23 15   And I would like to be able to contact the bankruptcy court and
09:23 16   make certain that I'm proceeding cautiously and in fact, will, but
09:23 17   ask the bankruptcy court, so I don't step on their jurisdiction,
09:23 18   to take a look at this matter.
09:23 19              But right now without any further information, I'm
09:23 20   calling the jury up.  And until I have that information, this
09:23 21   court still has jurisdiction.
09:23 22              So Julie, call for the jury.
09:23 23              MR. CRONE:  Your Honor, I do have some concern about
09:23 24   that just because what I fear is that if we do proceed, I will be
09:23 25   seen to have violated the automatic stay that is imposed and
```

09:23 1 preventing us from going forward.  Further, I fear that there will
09:23 2 be an argument that is made at a later date by bankruptcy counsel
09:23 3 that anything that has occurred in this court is essentially void.
09:23 4 And I fear that we are throwing essentially good taxpayer money
09:23 5 after bad.
09:23 6     THE COURT:  That's why I'm weighing withdrawing the
09:24 7 reference.  I'm weighing bringing this case right to this court
09:24 8 from bankruptcy.  If this is non-abusive, Mr. Mai has every right
09:24 9 to all procedural safeguards.  If this is abusive and filing on
09:24 10 the eve of trial, I can resolve that very quickly.
09:24 11     MR. CRONE:  Your Honor, I believe we have copies of the
09:24 12 petition.
09:24 13     THE COURT:  You do?  If you have got copies of the
09:24 14 petition, at least this would be my first formal notice that it's
09:24 15 even been filed.
09:24 16     MR. CRONE:  I asked Mr. Ramp for them.  He did not
09:24 17 provide them to me but I actually pulled them up last night.  I
09:24 18 think I do have them.
09:24 19     THE COURT:  Thank you.  If I don't have jurisdiction,
09:24 20 I'd like to know that.  But under these circumstances without Mr.
09:24 21 Mai here or conveying to his counsel -- and I think, counsel, you
09:24 22 are in the bind.  In other words, if Mr. Mai isn't giving you this
09:24 23 information, it puts you in a terrible position.  I don't want you
09:24 24 in that position as counsel.  You understand that?  But I also
09:24 25 don't want money wasted on the eve of trial.  And, unfortunately,

```
09:25  1   you are the barrier between Mr. Mai and the Court right now.
09:25  2            So I don't want any denigration for you as counsel, but
09:25  3   I'm not very tolerant.
09:25  4            MR. RAMP:  Well, may I say not just as taxpayers have
09:25  5   lost money by this bankruptcy filing, but I've --
09:25  6            THE COURT:  I feel sorry for all counsel because you are
09:25  7   going to be reporting to me on a daily basis until this stay is
09:25  8   lifted.  And your client is it all, Mr. Mai.  Everybody is now
09:25  9   inconvenienced.  Do you understand that?
09:25 10            So I'm hopeful that the bankruptcy judge will either
09:25 11   deal with this or give the Court some indication quickly because
09:25 12   here you are, and you'll be back here tomorrow, and you'll be back
09:25 13   Tuesday, and you'll be back Wednesday and Thursday.  So will Mr.
09:25 14   Mai.  So we're all done for the inconvenience now.  And as soon as
09:25 15   we're ready to go, I have a jury.
09:25 16            So counsel, if you really feel this way, what I have got
09:25 17   to do is either select the jury and hear no evidence, which I may
09:25 18   have jurisdiction to do, by the way, because there is nothing
09:25 19   forthcoming.  But then I have got to bring the jury back
09:26 20   potentially in 21 days or keep the jury on call.  I'm happy to do
09:26 21   that.  Otherwise, I'm going to dismiss the jury.  But if this is
09:26 22   abusive on Mr. Mai's part, and we are going to have a hearing
09:26 23   concerning this afterwards, then there is more than just your case
09:26 24   involved, counsel.  And I want Mr. Mai to hear that.  I don't want
09:26 25   Mr. Mai -- or you in between Mr. Mai and the message I'm sending.
```

                    SACV 10-1853 - 08/30/2012 - THURSDAY

```
09:26  1   That's why I want him in court.
09:26  2               So counsel, what does the Court do?  If in both of your
09:26  3   wisdom I send the jury home at taxpayers' expense, I do that.  But
09:26  4   Mr. Mai or counsel -- I wish Mr. Mai was here.
09:26  5               MR. RAMP:  On his way, Your Honor.
09:26  6               THE COURT:  Goes at his own risk in that because those
09:26  7   costs get calculated very quickly.
09:26  8               MR. CRONE:  Your Honor -- and believe me, as Your Honor
09:26  9   knows, my client has --
09:26 10               THE COURT:  Quickly, counsel, what do you want?
09:26 11               MR. CRONE:  Has incurred some significant burden to
09:26 12   bring a witness here from Virginia.
09:26 13               THE COURT:  Counsel, what do you want?  The jury is on
09:27 14   the way.
09:27 15               MR. CRONE:  I have the petitions here.  Happy to hand
09:27 16   them up.
09:27 17               THE COURT:  Give those to the Court so at least I have
09:27 18   some record finally of the actually filing.
09:27 19               MR. CRONE:  I think it would be our position, Your
09:27 20   Honor, that absent a withdrawal of the reference or an order from
09:27 21   the bankruptcy court that would give us relief from the automatic
09:27 22   stay, I fear there is going to be some type of sanction
09:27 23   potentially imposed upon us for proceeding.
09:27 24               THE COURT:  Any disagreement, then, of the Court
09:27 25   exercising its power to withdraw the reference?  And counsel, if
```

SACV 10-1853 - 08/30/2012 - THURSDAY

11

```
09:27  1   you or your client, if he was here, objected, I would proceed
09:27  2   cautiously.  But I have the power to withdraw that reference.  And
09:27  3   the question is if I do, then we go through that process and I
09:27  4   also handle your client's bankruptcy matter.
09:28  5              MR. RAMP:  I would prefer the bankruptcy court to hear
09:28  6   my client's bankruptcy matter, Your Honor.
09:28  7              THE COURT:  I imagine you would, but I need Mr. Mai
09:28  8   here.  He needs to understand the full parameters of this.  And
09:28  9   regardless of preference, I want you to understand under the law I
09:28 10   have the ability to withdraw that reference.  And now Mr. Mai is
09:28 11   in my court for both bankruptcy, this matter, and potential
09:28 12   sanctions.
09:28 13              MR. RAMP:  Mr. Mai is on his way.  Coming from
09:28 14   Huntington Beach.  He'll be here shortly.
09:28 15              THE COURT:  Julie, is the jury on the way up?  Call them
09:28 16   back, hold them down there.
09:28 17              What we're waiting for, on the record, so I have a
09:28 18   complete record, is Mr. Mai is on the way.  And I want Mr. Mai to
09:28 19   be able, after consultation with his counsel, to state through his
09:28 20   counsel what he wants to do.  But I want the full parameters of
09:28 21   this made known.  And I'm trying, counsel, to convey that with
09:29 22   your client here so you are not the person who has to convey that
09:29 23   message.
09:29 24              MR. RAMP:  So that I can be clear with my client, what
09:29 25   options should I be telling him that he has?
```

SACV 10-1853 - 08/30/2012 - THURSDAY

```
09:29  1              THE COURT:  That if he -- well, I'd like to hear his
09:29  2    position, I think.  Does he want to be here with the court during
09:29  3    this interim period of time?  You are going to be reporting to me.
09:29  4    If the bankruptcy judge lifts the stay on a certain day, that's
09:29  5    it.  We're going, that day or the next day.
09:29  6              MR. RAMP:  But I believe it would be unfair to all
09:29  7    parties, including Oracle and their attorneys, if we are having to
09:29  8    make appearances here on a constant basis.
09:29  9              THE COURT:  Thank you.  I think it's unfair to the
09:30 10    taxpayer, counsel, that this potentially occurred right before
09:30 11    trial with no other information to the Court.  No formal documents
09:30 12    on Mr. Mai's part.  Let me direct that to Mr. Mai and not you.
09:30 13    You are the advocate.
09:30 14              MR. RAMP:  I understand.  The question I should ask Mr.
09:30 15    Mai, does he want bankruptcy court to have jurisdiction.  Of
09:30 16    course he is going to say, yes.
09:30 17              THE COURT:  Okay.
09:30 18              MR. RAMP:  And if he makes that decision, what's the
09:30 19    Court's going to do?
09:30 20              THE COURT:  I don't know yet.
09:30 21              MR. RAMP:  Your Honor, it's kind of hard for me to
09:30 22    convey to my client my opinion if I don't know either.
09:30 23              THE COURT:  I'm sure it is.  I also want Mr. Mai to be
09:30 24    very careful in terms of any abuse of discretion.  I don't think,
09:30 25    as you stated, that he may recognize the power of the Court.  And
```

```
09:31  1   I think up to this point, apparently, without appearances in court
09:31  2   and being able to send in able counsel on his behalf, maybe that
09:31  3   hasn't become clear to him.
09:31  4             MR. RAMP:  I have informed my client of the power of the
09:31  5   federal court, Your Honor.
09:31  6             THE COURT:  I'm sure you have, counsel.  You have
09:31  7   informed the Court also.  Thank you.  What I don't want is Mr. Mai
09:32  8   caught on the backside of this without a conversation potentially.
09:32  9   So I think it's wise that he is here and that he is a party to
09:32 10   these proceedings.
09:32 11             MR. RAMP:  I made him aware of that and he is on his
09:32 12   way.
09:32 13             THE COURT:  Now, what I'm going to do with this late
09:32 14   information is I may not have the power to withdraw the reference
09:32 15   if I'm not the judge that matches up with the bankruptcy filing.
09:32 16   So we're going to go back and check that very quickly now that I
09:32 17   have this first information.  So we will get my law clerks busy
09:32 18   finding out this new information, whether I have the power to
09:32 19   withdraw the reference.  I may not.  I believe I do.  We did in
09:33 20   the Anna Nicole Smith case.
09:33 21       (Brief pause in proceedings)
10:33 22             THE COURT:  We're on the record.  All counsel are
10:33 23   present, Mr. Mai is present.
10:33 24             And counsel, if I withdraw the reference in this matter,
10:33 25   two things occur.  First, I think I'm potentially denigrating the
```

```
10:33  1   bankruptcy courts which this Court does not want to do.
10:33  2              Second, now that the Court has notice as of today there
10:33  3   is an automatic stay.
10:33  4              Third, depending upon whether the automatic stay is
10:33  5   lifted or not will dictate to the plaintiff what process and
10:33  6   procedure you take.  You can file a claim in bankruptcy if you
10:33  7   choose to.  But if the stay is lifted, the parties are ordered to
10:34  8   personally report, including you, Mr. Mai, to my court personally
10:34  9   from this point forward within 48 hours of the lifting of the
10:34 10   stay.  All counsel will be present, Mr. Mai will be present.  And
10:34 11   at that time and date I'll set a trial date which will be very
10:34 12   quickly.
10:34 13              Other than that, counsel, thank you very much.
10:34 14              MR. CRONE:  Thank you, Your Honor.
10:34 15              MR. RAMP:  Thank you, Your Honor.
10:34 16              MR. CRONE:  Your Honor, may I just be heard on one final
10:34 17   issue?
10:34 18              THE COURT:  Please.
10:34 19              MR. CRONE:  At some point we would like to bring a
10:34 20   motion for sanctions based on this.
10:34 21              THE COURT:  I have no jurisdiction at this point.  We'll
10:34 22   resolve that, if at all, in the future.  Thank you very much.
10:34 23                    (Whereupon the proceedings were adjourned at
10:34 24   10:34.)
10:34 25
```

```
                    SACV 10-1853 - 08/30/2012 - THURSDAY


10:34  1                              -oOo-

10:34  2

10:34  3                            CERTIFICATE

10:34  4

10:34  5         I hereby certify that pursuant to Section 753, Title 28,

10:34  6  United States Code, the foregoing is a true and correct transcript

10:34  7  of the stenographically reported proceedings held in the

10:34  8  above-entitled matter.

10:34  9

10:34 10  Date:  SEPTEMBER 7, 2012

10:34 11

10:34 12  /S/
10:34     _____
10:34 13  OFFICIAL COURT REPORTER
10:34
10:34 14
```