FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JUL 24 2013

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORACLE AMERICA INC., ) | CASE NO. SA CV 10-1853-DOC(RNBx) |
| ) | |
| Plaintiff(s), ) | |
| ) | |
| v. ) | |
| ) | **VERDICT** (Redacted) |
| ) | |
| MICHAEL MAI, ) | |
| ) | |
| Defendant(s). ) | |
| _____ ) | |

We the jury in the above-entitled action find as follows:

1. On the first cause of action brought by plaintiff Oracle America, Inc. against defendant Michael Mai for violations of the Racketeer Influenced and Corrupt Organizations Act ("RICO") or for agreeing or conspiring to violate the RICO statute, we find as follows (check one):

   ✓ In favor of plaintiff Oracle and against defendant Mai

   ___ In favor of defendant Mai and against plaintiff Oracle

2. On the second cause of action brought by plaintiff Oracle America, Inc. against defendant Michael Mai for fraud, or conspiracy to commit fraud, we find as follows (check one):

   ✓ In favor of plaintiff Oracle and against defendant Mai

   ___ In favor of defendant Mai and against plaintiff Oracle

If you found in favor of Oracle in response to either of question no. 1 or question no. 2, above, go on to question no. 3. Otherwise, skip question no. 3, and sign and date this verdict form.

3. Please state the amount of compensatory damages you award to Oracle:

   $ 908,504.85 for compensatory damages

   _____          7-24-2013
   Signed by Foreperson             Date

After this form has been signed, please return it to the bailiff.