CRONE HAWXHURST LLP
10880 Wilshire Boulevard, Suite 1150
Los Angeles, California 90024
Tel: (310) 893-5150 • Fax: (310) 893-5195

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC., et al., | CASE NO. SACV10-1853 DOC (RNB) |
| Plaintiffs, | Consolidated with: |
| v. | CASE NO. CV13-0119 DOC |
| QUIN RUDIN, et al., | [PROPOSED] JUDGMENT IN FAVOR OF PLAINTIFFS |
| Defendants. | |

IT IS HEREBY ORDERED AND ADJUDGED THAT judgment is entered as follows:

1. In favor of plaintiffs Oracle America, Inc. and Oracle Credit Corporation, and against defendant Quin Rudin, in the amount of $2,725,514.55.

2. In favor of plaintiffs Oracle America, Inc. and Oracle Credit Corporation, and against defendant Claude Kramer III, in the amount of $2,725,514.55.

3. In favor of plaintiff Oracle America, Inc., and against defendant Michael Mai, in the amount of $3,658,703.91, which amount is declared non-dischargeable pursuant to 11 U.S.C. § 523(a)(2)(A).

4. Mr. Rudin, Mr. Kramer and Mr. Mai are jointly and severally liable to Oracle America, Inc. for $2,725,514.55 of the foregoing amounts, and Mr. Rudin and Mr. Kramer are jointly and severally liable to Oracle Credit Corporation for $2,725,514.55 of the foregoing amounts, under 18 U.S.C. § 1964(c).

DATED: February 18, 2014

_____
UNITED STATES DISTRICT JUDGE

[PROPOSED] JUDGMENT