CRONE HAWXHURST LLP
10880 WILSHIRE BOULEVARD, SUITE 1150
LOS ANGELES, CALIFORNIA 90024
Tel: (310) 893-5150 • Fax: (310) 893-5195

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SOUTHERN DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC., et al., | CASE NO. SACV10-1853 DOC (RNB) |
| Plaintiffs, | Consolidated with: |
| v. | CASE NO. CV13-0119 DOC |
| QUIN RUDIN, et al., | **JUDGMENT IN FAVOR OF PLAINTIFFS [208]** |
| Defendants. | |

WHEREAS, the Court finds that pursuant to Fed. R. Civ. P. 54(b), there is no just reason for delay in entry of final judgment against defendants Michael Mai and Quin Rudin, and that the action shall continue against defendant Claude Kramer III,

IT IS HEREBY ORDERED AND ADJUDGED THAT judgment is entered as follows:

1. In favor of plaintiffs Oracle America, Inc. and Oracle Credit Corporation, and against defendant Quin Rudin, in the amount of $2,725,514.55.

2. In favor of plaintiff Oracle America, Inc., and against defendant Michael Mai, in the amount of $3,658,703.91, which amount is declared non-dischargeable pursuant to 11 U.S.C. § 523(a)(2)(A).

3. Mr. Rudin and Mr. Mai are jointly and severally liable to Oracle America, Inc. for $2,725,514.55 of the foregoing amounts under 18 U.S.C. § 1964(c).

DATED: March 12, 2014

*/s/ David O. Carter*

DAVID O. CARTER
UNITED STATES DISTRICT JUDGE

JUDGMENT