Crone Hawxhurst LLP
10880 Wilshire Boulevard, Suite 1150
Los Angeles, California 90024
Tel: (310) 893-5150 • Fax: (310) 893-5195

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC., et al., | CASE NO. SACV10-1853 DOC (RNB) |
| Plaintiffs, | Consolidated with: |
| v. | CASE NO. CV13-0119 DOC |
| QUIN RUDIN, et al., | **JUDGMENT IN FAVOR OF PLAINTIFF ORACLE AMERICA, INC. AND AGAINST DEFENDANT CLAUDE KRAMER III** |
| Defendants. | **[230]** |

JUDGMENT

WHEREAS, by order dated July 7, 2014 (Dkt. 229), the Court granted plaintiff Oracle America, Inc.'s application for entry of default judgment against defendant Claude Kramer III,

IT IS HEREBY ORDERED AND ADJUDGED THAT judgment is entered in favor of plaintiff Oracle America, Inc. and against defendant Claude Kramer III in the amount of $2,725,514.55.  Mr. Kramer and defendant Michael Mai (see Dkt. 209) are jointly and severally to Oracle America, Inc. for that amount under 18 U.S.C. § 1964(c).

DATED:   July 17, 2014

*[signature: David O. Carter]*

DAVID O. CARTER
UNITED STATES DISTRICT JUDGE

CRONE HAWXHURST LLP
10880 WILSHIRE BOULEVARD, SUITE 1150
LOS ANGELES, CALIFORNIA 90024
Tel: (310) 893-5150 • Fax: (310) 893-5195